**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __California__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: Peppertree Park Villages 9&10, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 26-3454001

4. **Debtor's address**

   **Principal place of business**
   5256 S. Mission Rd
   Number    Street
   Suite 905
   Bonsall            CA    92003
   City               State ZIP Code

   San Diego
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   P.O. Box
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   1654 S. Mission Rd
   Number    Street

   Fallbrook         CA    92028
   City              State ZIP Code

5. **Debtor's website** (URL): _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Peppertree Park Villages 9&10, LLC                    Case number (*if known*)_____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br><br>2  3  7  2 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br><br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                    MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor  Northern Capital, Inc.            Relationship  Managing Member<br>        District  Southern District of California   When   08/13/2017<br>                                                           MM  /  DD  / YYYY<br>        Case number, if known  17-04845-LT11 |

Debtor  **Peppertree Park Villages 9&10, LLC**    Case number (*if known*)_____
　　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　**Why does the property need immediate attention?** (*Check all that apply.*)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

　**Where is the property?** _____
　　　　　　　　　　　　　　　Number　　　　Street
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　　State　　ZIP Code

　**Is the property insured?**

　☐ No
　☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　 ☐ 5,001-10,000　　　 ☐ 50,001-100,000
☐ 100-199　　　 ☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page **3**

000003

Debtor   Peppertree Park Villages 9&10 LLC          Case number (if known)
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/17/2017
              MM / DD / YYYY

X _____, PRES         Duane Urquhart
Signature of authorized representative of debtor    Printed name

Title  Northern Capital Inc

**18. Signature of attorney**

X _____         Date  8/28/2017
Signature of attorney for debtor        MM / DD / YYYY

Marshall J. Hogan
Printed name

Foley & Lardner LLP
Firm name

3579 Valley Centre Dr., Suite 100
Number    Street

San Diego                              CA        92130
City                                   State     ZIP Code

(858)847-6743                          mhogan@foley.com
Contact phone                          Email address

286147                                 CA
Bar number                             State

**Debtor:** Peppertree Park Villages 9&10, LLC               **Case No.**_____

Attachment to Voluntary Petition (page 3)

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | No<br>X Yes. | **Debtor:** Peppertree Land Company<br><br>**District:** Southern District of CA<br><br>**Case No.:** 17-05135 | **Relationship:** Member<br><br>**When:** 08/28/2017<br>          MM / DD / YYYY |
|---|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | No<br>X Yes. | **Debtor:** Duane Scott Urquhart<br><br>**District:** Southern District of CA<br><br>**Case No.:** 17-04846-LT11 | **Relationship:** Affiliate<br><br>**When:** 08/13/2017<br>          MM / DD / YYYY |

000005

**Fill in this information to identify the case:**

Debtor name  Peppertree Park Villages 9&10, LLC

United States Bankruptcy Court for the: Southern    District of CA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Meritage Homes c/o Ed Huguenin | 3741 Douglas Blvd. #290 Roseville, CA 95661 | Judgment | Disputed | | | $6,100,000 |
| 2 | Farmers and Merchants Bank | P.O. Box 21337 Long Beach, CA 90801 (562) 495-7710 | Bank Loan | | $1,750,000 | | |
| 3 | Seltzer Caplan McMahon Vitek | 750 B Street, Suite 2100 San Diego, CA 92101 | Professional Services | Disputed | | | $444,633 |
| 4 | Lounsbery Ferguson Altona & Peak | 960 Canterbury Place Suite 300 Escondido, CA 92025 | Professional Services | | | | $60,000 |
| 5 | White and Bright, LLP | 970 Canterbury Place Escondido, CA 92025 | Professional Services | | | | $20,603 |
| 6 | Hecht Solberg Robinson Goldberg & Bagley LLP | 600 West Broadway 8th Floor San Diego, CA 92101 | Professional Services | | | | $17,582 |
| 7 | Pangaea Land Consultants, Inc. | 2834 La Mirada Drive Suite H Vista, CA 92081 | Professional Services | | | | $12,600 |
| 8 | Byron & Edwards, APC | 530 B Street, Suite 610 San Diego, CA 92101 | Professional Services | | | | $6,083 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

000006

Debtor  **Peppertree Park Villages 9&10, LLC**    Case number (*if known*)_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Penn Credit Corp/Water Resource Control Board | 916 South 14th Street Harrisburg, PA 17108 | Government | | | | $5,529 |
| 10 | LDN Consulting | 42428 Chisolm Trl. #T Murrieta, CA 92562 | Professional Services | | | | $5,400 |
| 11 | Bossler Group, LLC | 3835 Wildwood Road San Diego, CA 92107 | Professional Services | | | | $1,040 |
| 12 | Lauer, Georgatos & Covel, APC | 525 B Street, Suite 1470 San Diego, CA 92101 | Professional Services | | | | $1,000 |
| 13 | Esquire Deposition Solutions | 402 W Broadway #1550 San Diego, CA 92101 (619) 239-4111 | Professional Services | | | | $490 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Bossler Group, LLC
3835 Wildwood Rd.
San Diego, CA 92107

Byron & Edwards, APC
530 B St., Ste. 610
San Diego, CA 92101

Chief, Spec. Proc., Section-Insolvency
Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101-7346

Dept. of Industrial Relations Labor Law
Enforcement State of CA
1550 W. Main Street
El Centro, CA 92243-2105

Div. of Labor Standards Enforcement
State of California
7575 Metropolitan Drive, Suite 210
San Diego, CA 92108-4424

Dun & Bradstreet
P.O. Box 520
Center Valley, PA 18034-0520

Employment Develop. Dept. State of CA
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Employment Development Dept.
P.O. Box 120831
San Diego, CA 92112-0831

Esquire Deposition Solutions
402 W. Broadway, Ste. 1550
San Diego, CA 92101

Farmers and Merchants Bank
P.O. Box 21337
Long Beach, CA 90801

Franchise Tax Board, State of CA
Bankruptcy Section MS A340
P.O. Box 2952

000008

Sacramento, CA 95812-2952

Hecht Solberg Robinson Goldberg & Bagley
600 W. Broadway, 8th Fl.
San Diego, CA 92101

Lauer, Georgatos & Covel, APC
525 B St., Ste. 1470
San Diego, CA 92101

LDN Consulting
42428 Chisolm Trl., #T
Murrieta, CA 92562

Lounsbery Ferguson Altona & Peak
960 Canterbury Pl., Ste. 300
Escondido, CA 92025

Meritage Homes
c/o Ed Huguenin
3741 Douglas Blvd., #290
Roseville, CA 95661

Pangaea Land Consultants, Inc.
2834 La Mirada Dr., Ste. H
Vista, CA 92081

Penn Credit Corp/Water Res. Control Bd.
916 South 14th St.
Harrisburg, PA 17108

Seltzer Caplan McMahon Vitek
750 B St., Ste. 2100
San Diego, CA 92101

State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 92479

U.S. Small Business Administration
Southern California Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304

U.S. Trustee, Dept of Justice

000009

880 Front Street, Suite 3230
San Diego, CA 92101-8897

White and Bright, LLP
970 Canterbury Pl.
Escondido, CA 92025

# LIMITED LIABILITY COMPANY RESOLUTIONS
## (Peppertree Park Villages 9 & 10, LLC)

**PEPPERTREE PARK VILLAGES 9 & 10, LLC** ("Company"), a limited liability company duly organized and in good standing under the laws of the State of California, does hereby adopt the following resolutions:

**WHEREAS**, the members of the Company have considered the financial condition and circumstances of the Company and have made the informed determination that the most prudent alternative is to commence a bankruptcy proceeding, and, further, that it is in the best interests of the Company and its members, creditors and other interested parties, to file a voluntary petition (the "**Voluntary Petition**") for relief under chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

1. **Filing of Voluntary Petition**

    **NOW, THEREFORE, BE IT RESOLVED**, that the Company file a Voluntary Petition seeking relief under chapter 11 of the Bankruptcy Code in the manner described below.

2. **Appointment of Designated Individual**

    **RESOLVED**, that Duane Scott Urquhart be, and hereby is, appointed as Designated Individual of the Company and vested with the powers enumerated in California Corporations Code Section 1400.

3. **Actions by Designated Individual**

    **RESOLVED**, that the members of the Company hereby authorize, empower, and designate the Designated Individual to cause the preparation and filing of the Voluntary Petition, schedules, statement of financial affairs, lists, affidavits, pleadings and other papers or documents, and to take any and all actions which he deems necessary or appropriate for and on behalf of the Company to obtain relief under the Bankruptcy Code; and be it

    **FURTHER RESOLVED**, that the Designated Individual be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to act as the responsible person for the Company as debtor-in-possession, and take such actions as he deems necessary or appropriate to pursue and maximize the benefits of the Company's restructuring in chapter 11, including without limitation (a) making arrangements for use of cash collateral and/or entering into other financial arrangements, including debtor-in-possession financing, in such amounts, with such interest rates and with such maturities as the Designated Individual may determine in his sole discretion; (b) pursuing and consummating any sale or sales of the Company's assets he deems necessary or appropriate, and (c) proposing, confirming, and performing under a bankruptcy plan of reorganization or liquidation, and negotiating, executing and delivering on behalf of the Company any and all agreements that may be necessary or appropriate to accomplish such actions; and be it

    **FURTHER RESOLVED**, that the Designated Individual be, and hereby is, authorized to employ Foley & Lardner LLP as general bankruptcy counsel to the Company as well as other qualified legal counsel as he shall determine as special or conflicts counsel pursuant to section 327 of the Bankruptcy Code if and as necessary or appropriate to advance the Company's rights in the chapter 11 proceeding; and be it

**FURTHER RESOLVED** that the Designated Individual be, and hereby is, authorized to employ any additional financial advisors, attorneys, or consultants to the Company as the Designated Individual deems necessary or appropriate to represent and assist the Company in considering restructuring alternatives and carrying out its duties under the Bankruptcy Code.

4.   **Prior Related Acts**

**RESOLVED**, that all of the acts and transactions of the Designated Individual relating to matters contemplated by the foregoing resolutions, taken in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**IN WITNESS WHEREOF**, the undersigned certifies that the foregoing is a correct copy of the Resolutions passed as herein set forth and that the same are in full force and effect and that these Resolutions have been executed effective as of August 22, 2017 (the "**Effective Date**").

INVESTOR MEMBER
Peppertree Land Company,
a California general partnership
By: _____
    Duane S. Urquhart, Managing General Partner

By: _____
    Walter Osgood, as Trustee of the Osgood
Family Trust dated Mar 16, 2004, General Partner

MANAGING MEMBER
Northern Capital, Inc.
a California corporation
By: _____
    Duane S. Urquhart, President

2

4847-4377-5309.4

000012

# United States Bankruptcy Court
## Southern District of California

In re   **Peppertree Park Villages 9&10, LLC**
                              Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Peppertree Park Villages 9&10, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Northern Capital, Inc.**
**5256 S. Mission Road #905**
**Bonsall, CA 92003**

☐ None [*Check if applicable*]

**August 28, 2017**
Date

/s/ Marshall J. Hogan
**Marshall J. Hogan**
Signature of Attorney or Litigant
Counsel for   **Peppertree Park Villages 9&10, LLC**
**Foley & Lardner LLP**
**3579 Valley Centre Drive, Suite 300**
**San Diego, CA 92130**
**858-847-6700 Fax:858-792-6773**
**vavilaplana@foley.com**