|  |  |
|---|---|
| VANDERHOFF LAW GROUP<br>Alan Vanderhoff, Cal. Bar No. 138032<br>600 West Broadway, Suite 1550<br>San Diego, California 92101<br>(619) 299-2050<br><br>In pro per | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PEPPERTREE PARK VILLAGES 9&10, LLC,<br><br>Debtor. | Lead Case No: 17-05137-LT11<br>Chapter 11<br>(Jointly Administered) |
| Peppertree Park Villages 9&10, LLC,<br>    Case No. 17-05137-LT11<br><br>Peppertree Land Company,<br>    Case No. 17-05135-LT11<br><br>Northern Capital, Inc.,<br>    Case No. 17-04845-LT11<br><br>Duane Scott Urquhart,<br>    Case No. 17-04846-LT11<br><br>Debtors. | **MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**<br><br>**DECLARATION OF ALAN VANDERHOFF**<br><br>Date:   January 17, 2019<br>Time:  9:30 a.m.<br>Dept:   3<br>Judge:  Hon. Laura S. Taylor |

    The Vanderhoff Law Group hereby requests the allowance and payment of administrative expenses for the filing fees paid with respect to Case Nos. 17-04845-LT11 and 17-04846-LT11 in the amount of $1,717 for each case for a total of $3,434.

    The Vanderhoff Law Group prepared the bankruptcy schedules and petitions for Case Nos. 17-04845-LT11 and 17-04846-LT11 and paid the filing fees. Shortly after the petitions were filed, the Vanderhoff Law Group discovered that two cases were related to a matter on which the Vanderhoff Law Group had consulted with

1

creditors and that a conflict of interest existed. The Vanderhoff Law Group withdrew as counsel for the debtors (and the creditors) and waived the fees incurred in preparing the bankruptcy schedules and petitions.

This application seeks reimbursement of the filing fees advanced by the Vanderhoff Law Group in the amount of $3,434.

December 11, 2018             VANDERHOFF LAW GROUP

                                /s/ Alan Vanderhoff
By: _____
                                Alan Vanderhoff
In pro per

DECLARATION OF ALAN VANDERHOFF

I, Alan Vanderhoff, declare as follows:

1. I am an attorney duly admitted to practice law before this Court. I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could testify competently thereto.

2. The Vanderhoff Law Group prepared the bankruptcy schedules and petitions for Case Nos. 17-04845-LT11 and 17-04846-LT11 and paid the filing fees. Shortly after the petitions were filed, the Vanderhoff Law Group discovered that the two cases were related to a matter on which the Vanderhoff Law Group had consulted with creditors and that a conflict of interest existed. The Vanderhoff Law Group withdrew as counsel for the debtors (and the creditors) and waived the fees incurred in preparing the bankruptcy schedules and petitions (approximately $5,000).

3. Attached hereto is a copy of the payment receipt for the filing fees paid by the Vanderhoff Law Group.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed in San Diego, California on December 11, 2018.

/s/ Alan Vanderhoff
_____
Alan Vanderhoff

3

# U.S. Bankruptcy Court
# Southern District of California

Thank you. Your transaction in the amount of **$3434.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **A13400802**.

**Detail description:**
Chapter 11 Voluntary Petition( 17-04845-11) [misc,1031] (1717.00)
Chapter 11 Voluntary Petition( 17-04846-11) [misc,1031] (1717.00)

<u>In re Peppertree Park Villages 9&10, LLC</u>     Case No.  17-05137-LT11

## PROOF OF SERVICE BY ECF

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.  My business address is 600 West Broadway, Suite 1550, San Diego, California 92101.

On December 11, 2018, I served the following document(s)

**Notice of Hearing and Motion**

**Motion for Allowance and Payment of Administrative Expense Claims**

by CM/ECF Notice Of Electronic Filing by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List set forth below.

- **Richard W. Brunette**     rbrunette@sheppardmullin.com
- **Jonathan S. Dabbieri**     dabbieri@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- **Todd S. Garan**     ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Marshall Hogan**     mhogan@swlaw.com, vgoldsmith@foley.com
- **Paul J Leeds**     leedsp@higgslaw.com, lodoviceb@higgslaw.com;schroedterm@higgslaw.com
- **J. Barrett Marum**     bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Tania M. Moyron**     tania.moyron@dentons.com, chris.omeara@dentons.com
- **David Ortiz**     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov
- **J. Alexandra Rhim**     arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- **Maggie Schroedter**     schroedterm@higgslaw.com, kimbled@higgslaw.com
- **Lisa Torres**     ltorres@gogglaw.com, mburke@gogglaw.com
- **United States Trustee**     ustp.region15@usdoj.gov
- **Victor A. Vilaplana**     vavilaplana@foley.com, rhurst@foley.com
- **Robert Zahradka**     caecf@tblaw.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  This proof of service was executed on December 11, 2018, in San Diego, California.

/s/ Alan Vanderhoff

_____

Alan Vanderhoff