CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____     Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on _____, at _____.m., in Department ____, Room ___, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of _____, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: _____                          _____
                                                 [Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the _____ day of _____, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐    Attorney for Debtor (or Debtor), if required:

    ☐    Chapter 7 Trustee:

    ☐    For Chpt. 7, 11, & 12 cases:      ☐ For ODD numbered Chapter 13 cases:      ☐ For EVEN numbered Chapter 13 cases:
         UNITED STATES TRUSTEE              THOMAS H. BILLINGSLEA, JR., TRUSTEE         DAVID L. SKELTON, TRUSTEE
         ustp.region15@usdoj.gov            Billingslea@thb.coxatwork.com               admin@ch13.sdcoxmail.com
                                                                                        dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

    On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☐    Attorney for Debtor (or Debtor), if required:

CSD 1181

CSD 1181 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____        _____
                    (Date)                                (Typed Name and Signature)

                                                         _____
                                                         (Address)

                                                         _____
                                                         (City, State, ZIP Code)

CSD 1181

Karen Vogel Tax Collector
940 West Main St #106
El Centro, CA 92243

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

San Diego County Tax Collector
Attn: Bankruptcy
1600 Pacific Hwy, Room 162
San Diego, CA 92101

Arturo Alemany
121 Broadway, Suite 630
San Diego, CA 92101

Fitzsimmons Accountancy
1450 Frazee Road, Suite 310
San Diego, CA 92108-4340

Business Connexion
Av. Durango 2574 B
Col. Madero
Tijuana, B.C. Mexico 22040

Mickelson & Company, LLC
101 N. Main Avenue, Suite 321
Sioux Falls, SD 57104

Pro Logic Analytics
501 W. Broadway, Suite A #377
San Diego, CA 92101

Mark Maasch
1220 Rosecrans Street, Suite 910
San Diego, CA 92106

MIR International Services, Inc.
121 Broadway, Suite 630
San Diego, CA 92101

Donald Stoecklein
209 Satin Mist Court
Las Vegas, NV 89144

David Rohal
1342 South Corona St.
Denver, CO 80210

GSW Holding Corporation
877 Island Ave., #205
San Diego, CA 92101

Greensward Partners, LLC
1041 Market St., #321
San Diego, CA 92101

Charles Fletcher
27 N Moore St. Apt 3E
New York, NY 10013

<u>In re Pacific Imperial Railroad, Inc.</u>                                      Case No.  16-06253-LT11

## PROOF OF SERVICE BY ECF

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.  My business address is 600 West Broadway, Suite 1550, San Diego, California 92101.

On December 5, 2018, I served the following document(s)

**Notice of Hearing and Motion**

**Motion to Approve Settlement with Arturo Alemany and MIR International Services, Inc.**

**Memorandum of Points and Authorities in Support of Motion to Approve Settlement with Arturo Alemany and MIR International Services, Inc.**

**Declaration of Alan Vanderhoff in Support of Motion to Approve Settlement with Arturo Alemany and MIR International Services, Inc.**

by CM/ECF Notice Of Electronic Filing by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List set forth below.

- **Robert R. Barnes**     bbarnes@allenmatkins.com, phall@allenmatkins.com;bcrfilings@allenmatkins.com
- **Michael D. Breslauer**     mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Jess R. Bressi**     jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Judith A. Descalso**     jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- **Joseph R. Dunn**     jrdunn@mintz.com, tlmayo@mintz.com;aobrient@mintz.com;docketing@mintz.com;SARamuta@mintz.com
- **Michael A. Gardiner**     mgardiner@gardinerlegal.com, ctally@gardinerlegal.com
- **Christopher V. Hawkins**     hawkins@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **Joseph M. Hoats**     josephmhoats@gmail.com
- **Laurel L. Hyde**     lhyde@sanlawyers.com, prussell@sanlawyers.com
- **David M. Korrey**     dkorrey@aol.com
- **Mark A. Maasch**     mark@maaschlaw.com

- **Kristin Mihelic**   Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov,Elizabeth.c.amorosi@usdoj.gov
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;SARamuta@mintz.com
- **Fletcher W. Paddison**   fletcherpaddison@outlook.com
- **Stewart J Powell**   stewart@yplawfirm.net
- **Donald Stoecklein**   djs@prologicanalytics.net
- **United States Trustee**   ustp.region15@usdoj.gov
- **Alan Vanderhoff**   alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This proof of service was executed on December 5, 2018, in San Diego, California.

/s/ Alan Vanderhoff
_____
Alan Vanderhoff