# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

**Debtor:** PEPPERTREE PARK VILLAGES 9 AND 10, LLC
**Case Number:** 17-05137-LT11   **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, JUNE 22, 2022 10:00 AM   DEPARTMENT 3
**Bankruptcy Judge:** LAURA S. TAYLOR
**Courtroom Clerk:** RUSSELL PALUSO
**Reporter / ECR:** LYNETTE ALVES

### Matter:

MOTION FOR ORDER (1) DISMISSING CHAPTER 11 CASE, AND (2) RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT FILED ON BEHALF OF NORTHERN CAPITAL, INC., PEPPERTREE LAND COMPANY, PEPPERTREE PARK VILLAGES 9 AND 10, LLC, DUANE SCOTT URQUHART (fr 6/1/22)

### Appearances:

PAUL J LEEDS, ATTORNEY FOR PEPPERTREE PARK VILLAGES 9 AND 10, LLC, PEPPERTREE LAND COMPANY
MARK WOLFSON, ATTORNEY FOR ADMINISTRATIVE CLAIMANT (video)
MARTIN ELIOPULOS, ATTORNEY FOR PEPPERTREE PARK VILLAGES 9 AND 10, LLC, PEPPERTREE LAND COMPANY (video)
TODD SCHWARTZ, ATTORNEY FOR DUANE SCOTT URQUHART (video)
JONATHAN S. DABBIERI, ATTORNEY FOR MERITAGE HOMES OF CALIFORNIA
VICTOR A. VILAPLANA, ATTORNEY FOR NORTHERN CAPITAL INC.
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE

### Disposition:

Conversion of case under Chapter 11 to case under Chapter 7 is granted as to Peppertree Park Villages 9 and 10, LLC only as set forth on the record.

Order to be submitted by Mr. Ortiz.

The Court will notice for hearing regarding case status on the three related cases and the newly converted Chapter 7 case for 8/2/22 at 3:00 p.m. as stated on the record.