| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Peppertree Park Villages 9 and 10, LLC<br>Name | EIN: | 26–3454001 |
| United States Bankruptcy Court | Southern District of California | Date case filed in chapter: | 11   8/28/17 |
| Case number: | 17–05137–LT7 | Date case converted to chapter: | 7   6/27/22 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Peppertree Park Villages 9 and 10, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5256 S. Mission Road, Suite 905<br>Bonsall, CA 92003 | |
| 4. | **Debtor's attorney**<br>Name and address | Marshall Hogan<br>Snell & Wilmer<br>600 Anton Boulevard<br>Suite 1400<br>Costa Mesa, CA 92626 | Contact phone 714–427–7000<br>Email mhogan@swlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 38<br>Aguanga, CA 92536 | Contact phone 619–400–9997<br>Email: ghd@trusteedavis.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>8:30am – 4:30pm<br>Contact phone 619–557–5620 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 27, 2022 at 09:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**To access the Zoom 341 meeting, go to Zoom.us and click Join Meeting, or call 1 669 900 6833, and enter Meeting ID Number 701 840 9493 and Passcode 008251966 when prompted.** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 1

| | |
|---|---|
| Debtor **Peppertree Park Villages 9 and 10, LLC** and **Peppertree Land Company** | Case number **17−05137−LT7** |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 8/28/17, the following person is named Interim Trustee of the estate of the debtor:

Gerald H. Davis
Gerald H. Davis
PO Box 38
Aguanga, CA 92536

## TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Trustee Guidelines and Additional Requirements are available on the internet at:

http://www.casb.uscourts.gov/trusteeguidelines

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal may occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619−557−5013.

page **2**

For the Court:

Michael Williams, Clerk
United States Bankruptcy Court
Dated:  6/27/22                                    Southern District of California