# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 6/27/2022 |
| Case: 17–05137–LT7 | Form ID: 309C | Total: 49 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Peppertree Park Villages 9 and 10, LLC | 5256 S. Mission Road, Suite 905    Bonsall, CA 92003 |
| ust | United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101 | |
| tr | Gerald H. Davis    Gerald H. Davis    PO Box 38    Aguanga, CA 92536 | |
| aty | David Ortiz    DOJ–Ust    880 Front Street    David A. Ortiz    Suite 3230    San Diego, CA 92101 | |
| aty | Lisa Torres    Gates, Gonter, Guy et al    15373 Innovation Drive, Suite 170    San Diego, CA 92128 | |
| aty | Lisa Torres    Gates, O'Doherty, Gonter & Guy, LLP    15373 Innovation Drive, Suite 170    San Diego, CA 92128 | |
| aty | Marshall Hogan    Snell & Wilmer    600 Anton Boulevard    Suite 1400    Costa Mesa, CA 92626 | |
| aty | Martin A. Eliopulos    Higgs, Fletcher & Mack LLP    401 West A Street, Suite 2600    San Diego, CA 92101 | |
| aty | Paul J Leeds    Franklin Soto Leeds LLP    444 West C Street    Ste 300    San Diego, CA 92101 | |
| aty | Victor A. Vilaplana    P.O. Box 9058    La Jolla, CA 92038 | |
| smg | United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101 | |
| smg | Employment Develop. Dept., State of CA    Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108 | |
| smg | California Department of Tax and Fee Administration    Account Information Group, MIC:29    P.O. Box 942879    Sacramento, CA 94279–0029 | |
| smg | Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952 | |
| 14325610 | Bossler Group, LLC    3835 Wildwood Rd.    San Diego, CA 92107 | |
| 14325611 | Byron & Edwards, APC    530 B St., Ste. 610    San Diego, CA 92101 | |
| 14325612 | Chief, Spec. Proc., Section–Insolvency    Internal Revenue Service    P.O.Box 7346    Philadelphia, PA 19101–7346 | |
| 14327991 | DAVID A. ORTIZ    OFFICE OF THE UNITED STATES TRUSTEE    880 FRONT STREET, SUITE 3230    SAN DIEGO, CA 92101 | |
| 14330799 | Dennis J. Wickham    SELTZER CAPLAN MCMAHON VITEK    750 B Street, Suite 2100    San Diego, CA 92101 | |
| 14325613 | Dept. of Industrial Relations Labor Law    Enforcement State of CA    1550 W. Main Street    El Centro, CA 92243–2105 | |
| 14325614 | Div. of Labor Standards Enforcement    State of California    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108–4424 | |
| 14325615 | Dun & Bradstreet    P.O. Box 520    Center Valley, PA 18034–0520 | |
| 14325616 | Employment Develop. Dept. State of CA    Bankruptcy Unit–MIC 92E    P.O. Box 826880    Sacramento, CA 94280 | |
| 14325617 | Employment Development Dept.    P.O. Box 120831    San Diego, CA 92112–0831 | |
| 14325618 | Esquire Deposition Solutions    402 W. Broadway, Ste. 1550    San Diego, CA 92101 | |
| 14373290 | Farmers & Merchants Bank of Long Beach    Law Offices of Michael Leight    6700 E. Pacific Coast Hwy. Ste. 237    Long Beach, CA 90803 | |
| 14325619 | Farmers and Merchants Bank    P.O. Box 21337    Long Beach, CA 90801 | |
| 14325620 | Franchise Tax Board, State of CA    Bankruptcy Section MS A340    P.O. Box 2952    Sacramento, CA 95812–2952 | |
| 14325621 | Hecht Solberg Robinson Goldberg & Bagley    600 W. Broadway, 8th Fl.    San Diego, CA 92101 | |
| 14332985 | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346 | |
| 14363939 | JPMorgan Chase Bank, National Association    c/o ALDRIDGE PITE, LLP    4375 Jutland Drive, Suite 200    P.O. Box 17933    San Diego, CA 92177–0933 | |
| 14325623 | LDN Consulting    42428 Chisolm Trl., #T    Murrieta, CA 92562 | |
| 14325622 | Lauer, Georgatos & Covel, APC    525 B St., Ste. 1500    San Diego, CA 92101 | |
| 14325624 | Lounsbery Ferguson Altona & Peak    960 Canterbury Pl., Ste. 300    Escondido, CA 92025 | |
| 14325625 | Meritage Homes    c/o Ed Huguenin    3741 Douglas Blvd., #290    Roseville, CA 95661 | |
| 14337117 | Meritage Homes of California, Inc.    c/o Jonathan S. Dabbieri, Esq.    Sullivan Hill Lewin Rez & Engel, APLC    550 West C Street, Suite 1500    San Diego, California 92101 | |
| 14928081 | Mikle S. Jew    Foley & Lardner LLP    11988 El Camino Real, Suite 400    San Diego, CA 92130 | |
| 14325626 | Pangaea Land Consultants, Inc.    2834 La Mirada Dr., Ste. H    Vista, CA 92081 | |
| 14325627 | Penn Credit Corp/Water Res. Control Bd.    916 South 14th St.    Harrisburg, PA 17108 | |
| 14401899 | Robert E. Richards, Dentons US LLP    233 South Wacker Drive, Suite 5900    Chicago, IL 60606 | |
| 14325628 | Seltzer Caplan McMahon Vitek    750 B St., Ste. 2100    San Diego, CA 92101 | |
| 14626033 | Shady Bird Lending LLC    Arent Fox LLP    c/o Christopher K.S. Wong    555 West Fifth Street, 48th Fl.    Los Angeles, CA 90013–1065 | |
| 14807690 | Stacy Elledge Chiang CPA/CFF, CIRA    Squar Milnar LP    3655 Nobel Drive, Suite 300    San Diego CA 9122 | |
| 14807538 | Stacy Elledge Chiang, CPA/CFF, CIRA    Squar Milner LLP    3655 Nobel Drive, Suite 300    San Diego, CA 92122 | |
| 14325629 | State Board of Equalization    State of California    P.O. Box 942879    Sacramento, CA 92479 | |
| 14325630 | U.S. Small Business Administration    Southern California Legal Unit    330 North Brand Blvd., Suite 1200    Glendale, CA 91203–2304 | |
| 14325631 | U.S. Trustee, Dept of Justice    880 Front Street, Suite 3230    San Diego, CA 92101–8897 | |
| 14325632 | White and Bright, LLP    970 Canterbury Pl.    Escondido, CA 92025 | |

TOTAL: 49