# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 6/27/2022 |
|---|---|---|
| Case: 17–05137–LT7 | Form ID: pdfO12 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | David Ortiz | david.a.ortiz@usdoj.gov |
| aty | Lisa Torres | ltorres@g3pmlaw.com |
| aty | Marshall Hogan | mhogan@swlaw.com |
| aty | Martin A. Eliopulos | elio@higgslaw.com |
| aty | Paul J Leeds | Pleeds@fsl.law |
| aty | Victor A. Vilaplana | victor.vilaplana@practus.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | | Peppertree Park Villages 9 and 10, LLC | 5256 S. Mission Road, Suite 905 | Bonsall, CA 92003 |
| aty | Lisa Torres | Gates, Gonter, Guy et al | 15373 Innovation Drive, Suite 170 | San Diego, CA 92128 |

TOTAL: 2