AMENDED TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:         PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number:      17-05137-LT11

Hearing:      10:00 AM  Thursday, August 4, 2022

Motion:         MOTION TO WITHDRAW AS ATTORNEY OF RECORD
FOR REORGANIZED DEBTORS FILED ON BEHALF OF NORTHERN
CAPITAL, INC., PEPPERTREE LAND COMPANY, PEPPERTREE PARK
VILLAGES 9 AND 10, LLC, DUANE SCOTT URQUHART


        GRANT. Higgs, Fletcher, and Mack, LLP, moves to withdraw from its
representation of Debtors Urquhart, Northern Capital, Peppertree Land
Company, and Peppertree Park Villages 9 and 10 after the lead attorney, Paul
Leeds, left the firm. HFM argues: (1) cause to withdraw exists because no
attorney remains who has the knowledge of the case to adequately represent
Debtors; (2) Debtors have breached their agreement with the firm as they have
an unpaid balance; and (3) the firm provided notice to Debtors on June 10, 2022.
Dkt. No. 844.

        The Trustee has withdrawn his opposition to the withdrawal of HFM
because Mr. Leeds has agreed to act as Peppertree Park Villages 9 and 10's
chapter 7 counsel. Dkt. No. 887.

        The Court has discretion to grant an attorney's motion to withdraw based
on: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may
cause to other litigants; (3) the harm withdrawal might cause to the administration
of justice; and (4) the degree to which withdrawal will delay the resolution of the
case." *Krivolavek v. BeavEx Inc.*, 2021 WL 5855259, at *2 (E.D. Cal. Nov. 16,
2021).

        The Court grants HFM's unopposed motion to withdraw on the grounds
that no attorney remaining at the firm was meaningfully involved in this case. As
Mr. Leeds will take on the representation, there is no prejudice, harm to the
administration of justice, or likelihood of additional delay. Appearances at the
August 4, 2022, hearing are excused. HFM may submit an order.