# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | PEPPERTREE PARK VILLAGES 9 AND 10, LLC |
| **Case Number:** | 17-05137-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 04, 2022 10:00 AM  DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matter:*

MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR REORGANIZED DEBTORS FILED ON BEHALF OF NORTHERN CAPITAL, INC., PEPPERTREE LAND COMPANY, PEPPERTREE PARK VILLAGES 9 AND 10, LLC, DUANE SCOTT URQUHART

### *Appearances:*

NO APPEARANCES

### *Disposition:*

Granted pursuant to the Court's Amended Tentative Ruling. Order to be submitted by Movant.