2040
06/22

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse 325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

In Re:
Peppertree Park Villages 9 and 10, LLC
5256 S. Mission Road, Suite 905
Bonsall, CA 92003

Peppertree Land Company

Case No.: 17–05137–LT

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
26–3454001

---

## NOTICE OF NEED TO FILE PROOF OF CLAIM (POC)
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a POC. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a POC with the clerk of the bankruptcy court at the address below on or before:

Date: **11/3/22**

Creditors who do not file a POC on or before this date might not share in any distribution from the debtor's estate.

A POC may be filed electronically on the Court's website using this Electronic Proof of Claim (ePOC) program https://www.casb.uscourts.gov/electronic–proof–claim–epoc.

A Form 410, Proof of Claim, may also be filed on paper. The form is available at the Bankruptcy Clerk's Office or on the Court's website at https://www.casb.uscourts.gov/forms/proofclaim. POC forms should be mailed to the address in the box below. To receive acknowledgment of your filing, include a stamped, self–addressed envelope and a copy of your POC. There is no fee for filing the POC.

United States Bankruptcy Court
325 West F Street
San Diego, CA 92101–6991

Creditors filing POC for wages, salaries, and compensation must provide the Trustee a complete Social Security Number which is required by the Trustee for the processing of dividends. The Trustee is located at the following address:

**Gerald H. Davis**
Gerald H. Davis
PO Box 38
Aguanga, CA 92536
619–400–9997

Any creditor who has filed a POC already need not file another POC.

Dated: 8/6/22

Michael Williams
Clerk of the Bankruptcy Court

AMENDED to reflect that this Request ONLY Applies
to Peppertree Park Villages 9 and 10, LLC