# Notice Recipients

District/Off: 0974–3           User: Admin.           Date Created: 8/6/2022
Case: 17–05137–LT7             Form ID: 2040          Total: 46

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | Christin A. Batt | christinb@flgsd.com |
| aty | Leslie T. Gladstone | leslieg@flgsd.com |
| aty | Lisa Torres | ltorres@g3pmlaw.com |
| aty | Marshall Hogan | mhogan@swlaw.com |
| aty | Paul J Leeds | Pleeds@fsl.law |
| aty | Victor A. Vilaplana | victor.vilaplana@practus.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Peppertree Park Villages 9 and 10, LLC | 5256 S. Mission Road, Suite 905   Bonsall, CA 92003 |
| aty | Lisa Torres   Gates, Gonter, Guy et al | 15373 Innovation Drive, Suite 170   San Diego, CA 92128 |
| 14325610 | Bossler Group, LLC | 3835 Wildwood Rd.   San Diego, CA 92107 |
| 14325611 | Byron & Edwards, APC | 530 B St., Ste. 610   San Diego, CA 92101 |
| 14325612 | Chief, Spec. Proc., Section–Insolvency | Internal Revenue Service   P.O.Box 7346   Philadelphia, PA 19101–7346 |
| 14327991 | DAVID A. ORTIZ   OFFICE OF THE UNITED STATES TRUSTEE | 880 FRONT STREET, SUITE 3230   SAN DIEGO, CA 92101 |
| 14330799 | Dennis J. Wickham   SELTZER CAPLAN MCMAHON VITEK | 750 B Street, Suite 2100   San Diego, CA 92101 |
| 14325613 | Dept. of Industrial Relations Labor Law   Enforcement State of CA | 1550 W. Main Street   El Centro, CA 92243–2105 |
| 14325614 | Div. of Labor Standards Enforcement   State of California | 7575 Metropolitan Drive, Suite 210   San Diego, CA 92108–4424 |
| 14325615 | Dun & Bradstreet | P.O. Box 520   Center Valley, PA 18034–0520 |
| 14325616 | Employment Develop. Dept. State of CA   Bankruptcy Unit–MIC 92E | P.O. Box 826880   Sacramento, CA 94280 |
| 14325617 | Employment Development Dept. | P.O. Box 120831   San Diego, CA 92112–0831 |
| 14325618 | Esquire Deposition Solutions | 402 W. Broadway, Ste. 1550   San Diego, CA 92101 |
| 14373290 | Farmers & Merchants Bank of Long Beach   Law Offices of Michael Leight | 6700 E. Pacific Coast Hwy. Ste. 237   Long Beach, CA 90803 |
| 14325619 | Farmers and Merchants Bank | P.O. Box 21337   Long Beach, CA 90801 |
| 14325620 | Franchise Tax Board, State of CA   Bankruptcy Section MS A340 | P.O. Box 2952   Sacramento, CA 95812–2952 |
| 14325621 | Hecht Solberg Robinson Goldberg & Bagley | 600 W. Broadway, 8th Fl.   San Diego, CA 92101 |
| 14332985 | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101–7346 |
| 14363939 | JPMorgan Chase Bank, National Association   c/o ALDRIDGE PITE, LLP | 4375 Jutland Drive, Suite 200   P.O. Box 17933   San Diego, CA 92177–0933 |
| 14953291 | Justus Enterprises, LLC | PO Box 60094   San Diego, CA 92166 |
| 14953290 | Justus Wallace Peppertree Park Villages 7 & 8, LLC   c/o Dean T. Kirby, Jr.\ | KIRBY & McGUINN, A P.C.   707 Broadway, Suite 1750   San Diego, CA 92101 |
| 14325623 | LDN Consulting | 42428 Chisolm Trl., #T   Murrieta, CA 92562 |
| 14325622 | Lauer, Georgatos & Covel, APC | 525 B St., Ste. 1470   San Diego, CA 92101 |
| 14325624 | Lounsbery Ferguson Altona & Peak | 960 Canterbury Pl., Ste. 300   Escondido, CA 92025 |
| 14325625 | Meritage Homes   c/o Ed Huguenin | 3741 Douglas Blvd., #290   Roseville, CA 95661 |
| 14337117 | Meritage Homes of California, Inc.   c/o Jonathan S. Dabbieri, Esq. | Sullivan Hill Lewin Rez & Engel, APLC   550 West C Street, Suite 1500   San Diego, California 92101 |
| 14928081 | Mikle S. Jew   Foley & Lardner LLP | 11988 El Camino Real, Suite 400   San Diego, CA 92130 |
| 14325626 | Pangaea Land Consultants, Inc. | 2834 La Mirada Dr., Ste. H   Vista, CA 92081 |
| 14952158 | Paul Hastings LLP   C/O Todd M. Schwartz   Will Clark Farmer | 1117 S. California Ave   Palo Alto, California, 94304 |
| 14325627 | Penn Credit Corp/Water Res. Control Bd. | 916 South 14th St.   Harrisburg, PA 17108 |
| 14401899 | Robert E. Richards, Dentons US LLP | 233 South Wacker Drive, Suite 5900   Chicago, IL 60606 |
| 14325628 | Seltzer Caplan McMahon Vitek | 750 B St., Ste. 2100   San Diego, CA 92101 |
| 14626033 | Shady Bird Lending LLC   Arent Fox LLP   c/o Christopher K.S. Wong | 555 West Fifth Street, 48th Fl.   Los Angeles, CA 90013–1065 |
| 14807690 | Stacy Elledge Chiang CPA/CFF, CIRA   Squar Milnar LP | 3655 Nobel Drive, Suite 300   San Diego CA 9122 |
| 14807538 | Stacy Elledge Chiang, CPA/CFF, CIRA   Squar Milner LLP | 3655 Nobel Drive, Suite 300   San Diego, CA 92122 |
| 14325629 | State Board of Equalization   State of California | P.O. Box 942879   Sacramento, CA 92479 |
| 14325630 | U.S. Small Business Administration   Southern California Legal Unit | 330 North Brand Blvd., Suite 1200   Glendale, CA 91203–2304 |
| 14325631 | U.S. Trustee, Dept of Justice | 880 Front Street, Suite 3230   San Diego, CA 92101–8897 |
| 14325632 | White and Bright, LLP | 970 Canterbury Pl.   Escondido, CA 92025 |

TOTAL: 39