CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Attorneys for Gerald H. Davis, Chapter 7 Trustee

Order Entered on August 10, 2022 by Clerk U.S. Bankruptcy Court Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re PEPPERTREE PARK VILLAGES 9 & 10, LLC,

Debtor.

BANKRUPTCY NO. 17-05137-LT7

Date of Hearing: NA
Time of Hearing: NA
Name of Judge: Laura S. Taylor

# ORDER ON
## EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 897.

//
//
//
//
//
//
//

DATED: August 10, 2022

Judge, United States Bankruptcy Court

ORDER ON EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE
DEBTOR: PEPPERTREE PARK VILLAGES 9 & 10, LLC,                                                    CASE NO: 17-05137-LT7

Upon review of the Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date and good cause appearing therefor,

IT IS HEREBY ORDERED,

    1.   The Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date is granted.

    2.   Debtor's attorneys and accountants and other professionals employed by the Debtor, as well as vendors, customers, utility service providers, or any other party in interest who believe they may be entitled to administrative expense priority and who have not already obtained Court approval of same, must file by November 3, 2022, a motion for approval of their Chapter 11 administrative claims.

    3.   If a motion is not filed by November 3, 2022, then said professionals, vendors, customers, utility service providers, or any other party in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting Chapter 11 administrative priority and will not be paid any filed claims as a Chapter 11 administrative priority.

    4.   As to those claims excepted under 11 U.S.C. Section 503(b)(1)(D), the bar date of November 3, 2022, shall apply. Claimants that qualify under 11 U.S.C. Section 503(b)(1)(D) must file a Proof of Claim alleging entitlement to administrative expense priority on or before November 3, 2022.

**IT IS SO ORDERED.**

CSD 1001A

Signed by Judge Laura Stuart Taylor August 10, 2022