# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 8/10/2022
Case: 17–05137–LT7     Form ID: pdfO1     Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | Christin A. Batt | christinb@flgsd.com |
| aty | Leslie T. Gladstone | leslieg@flgsd.com |
| aty | Lisa Torres | ltorres@g3pmlaw.com |
| aty | Marshall Hogan | mhogan@swlaw.com |
| aty | Paul J Leeds | Pleeds@fsl.law |
| aty | Victor A. Vilaplana | victor.vilaplana@practus.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Peppertree Park Villages 9 and 10, LLC | 5256 S. Mission Road, Suite 905 | Bonsall, CA 92003 |
| aty | Lisa Torres    Gates, Gonter, Guy et al | 15373 Innovation Drive, Suite 170 | San Diego, CA 92128 |

TOTAL: 2