Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>PEPPERTREE PARK VILLAGES 9 & 10, LLC,<br><br>                  Debtor. | Case No.: 17-05137-LT7<br><br>**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE – PEPPERTREE PARK VILLAGES 9 & 10, LLC ONLY**<br><br>[No hearing required]<br>Dept:        Three (3)<br>Honorable Laura S. Taylor |
|---|---|

      In order to properly identify the amount of chapter 11 administrative expenses, the Trustee has requested the establishment of a chapter 11 administrative claims bar date of November 3, 2022. On August 10, 2022, the Bankruptcy Court approved that request and entered an Order requiring the following occur by November 3, 2022. (ECF No. 898)

      Attorneys, accountants, and other professionals employed by Peppertree Park Villages 9 & 10, LLC ("**Debtor**"), as well as vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority and who have not already obtained Court approval of same, must file by <u>November 3, 2022</u>, a motion for approval of their chapter 11 administrative claims. If a motion is not filed by <u>November 3, 2022</u>, then said professionals, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited

from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

As to any potential claimants that fall under the exception contained in Bankruptcy Code Section 503(b)(1)(D), the claimant must file a Proof of Claim with the Court asserting administrative expense priority on or before November 3, 2022.

Claimants must contact Mr. Russ Paluso, Courtroom Deputy for Judge Laura S. Taylor, at (619) 557-5157 to obtain a hearing date for a motion to approve an administrative expense claim. This chapter 11 administrative claims bar date will be exclusive of any fee application for the chapter 7 Trustee and his professionals.

Finally, this administrative claims bar date pertains only to claims against Peppertree Park Villages 9 & 10, LLC, and does not pertain to claims solely against Peppertree Land Company, Northern Capital, Inc., and/or Duane Scott Urquhart.

Dated: August 10, 2022         FINANCIAL LAW GROUP

By:   /s/ Christin A. Batt
      Christin A. Batt, Esq.
      Attorneys for Gerald H. Davis, Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037