# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **August 10, 2022,** I served a true and correct copy of the following document(s):

**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE – PEPPERTREE PARK VILLAGES 9 & 10, LLC ONLY**

on the parties in this action as follows:

**X**     **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, August 10, 2022, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Christin A. Batt, Attorney for Chapter 7 Trustee**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;sellassets@ecf.inforuptcy.com
- **Richard W. Brunette**    rbrunette@sheppardmullin.com
- **Jonathan S. Dabbieri, Special Notice Attorney for Creditor Meritage Homes of California**   dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- **Gerald H. Davis, Chapter 7 Trustee**    ghd@trusteedavis.com, ghd@trustesolutions.net
- **Todd S. Garan, Special Notice Attorney for Creditor JP Morgan Chase Bank**   ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Leslie T. Gladstone, Attorney for Chapter 7 Trustee**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com
- **Marshall Hogan, Attorney for Debtor**    mhogan@swlaw.com, knestuk@swlaw.com
- **Mikle Jew, Special Notice Attorney for Claimant Foley & Lardner LLP**    mjew@foley.com
- **Dean T. Kirby, Special Notice Attorney for Creditor Justus Wallace Peppertree Park Villages 7 & 8 LLC**    dkirby@kirbymac.com, jwilson@kirbymac.com; rrobinson@kirbymac.com; Jacquelyn@ecf.inforuptcy.com
- **Paul J Leeds, Attorney for Debtor and Joint Debtor**    Pleeds@fsl.law, ssanchez@fsl.law
- **J. Barrett Marum**    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Tania M. Moyron, Attorney for Creditor Mania M. Moyron Dentons US LLP**   tania.moyron@dentons.com, chris.omeara@dentons.com
- **David Ortiz, Special Notice Attorney for US Trustee**    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- **J. Alexandra Rhim**    arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- **Todd M. Schwartz, Special Notice Attorney for NCI Capital,, Inc.**   toddschwartz@paulhastings.com
- **Lisa Torres, Attorney for Debtor**    ltorres@g3pmlaw.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Alan Vanderhoff, Attorney for Creditor Alan Vanderhoff**    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Victor A. Vilaplana, Attorney for Debtor and Joint Debtor**    victor.vilaplana@practus.com, vavilaplana@gmail.com
- **Dennis J. Wickham, Special Notice Attorney for Creditor Seltzer Caplan McMahon Vitek**   wickham@scmv.com, nazari@scmv.com

- **Christopher K.S. Wong, Attorney for Shady Bird Lending LLC**   christopher.wong@arentfox.com
- **Robert Zahradka**   rzahradka@nationalfunding.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X      by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

| | |
|---|---|
| Stacy Elledge Chiang, CPA/CFF, CIRA<br>Square Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122<br>*Special Notice* | Steve McKinley, Esq.<br>McKinley LLP<br>501 W. Broadway, Suite 1340<br>San Diego, CA 92101 |
| Stacy Elledge Chiang<br>Baker Tilly US, LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122 | Mark C. Mazzarella, Esq.<br>Mazzarella & Mazzarella, LLP<br>2550 Fifth Avenue, 9th Floor<br>San Diego, CA 92103 |
| James P. Wohl, Esq.<br>1925 Century Park East, Suite 2140<br>Los Angeles, CA 90067 | Whitney Hodges, Esq.<br>Sheppard Mullin Richter Hampton<br>501 W. Broadway, FL 19<br>San Diego, CA 92101-8541 |
| Martin A. Eliopulos, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | Steve Nazaroff<br>Land Advisors<br>100 Spectrum Center Dr., Ste 1400<br>Irvine, CA 92618 |
| Kevin P. Sullivan, Esq.<br>Aarti S. Kewalramani, Esq.<br>Gatzke Dillon & Balance LLP<br>2762 Gateway Rd<br>Carlsbad, CA 92009 | Duane Scott Urquhart<br>5256 S. Mission, #905<br>Bonsall, CA 92003<br><br>Duane S. Urquhart Enterprises<br>5256 S. Mission, #905<br>Bonsall, CA 92003 |
| Jean M. Goddard, CPA<br>Sandra Aguilar Tyson, CPA<br>NGS LLP<br>6120 Paseo Del Norte, Suite A-1<br>Carlsbad, CA 92011 | Northern Capital Inc.<br>5256 S. Mission Rd. #905<br>Bonsall, CA 92003 |
| Howard Justus<br>Justus Enterprises, LLC<br>P.O. Box 60094<br>San Diego, CA 92166 | Peppertree Land Company<br>5256 S. Mission Rd., Suite 905<br>Bonsall, CA 92003 |

| | |
|---|---|
| Alan Vanderhoff, Esq.<br>Vanderhoff Law Group<br>600 West Broadway, Suite 1550<br>San Diego, CA 92101 | Fallbrook Public Utility District<br>990 E. Mission Rd.<br>Fallbrook, CA 92028 |

**Also, See Attached Creditor Matrix** – served via U.S. First Class Mail Service, Postage Prepaid

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 10, 2022, at La Jolla, California.

/s/ Sandra Young
Sandra Young

```
Label Matrix for local noticing          Foley & Lardner LLP                      Gates, Gonter, Guy, Proudfoot & Muench
0974-3                                   11988 El Camino Real                     Gates, Gonter, Guy, Proudfoot & Muench
Case 17-05137-LT7                        Suite 400                                15373 Innovation Drive, Suite 170
Southern District of California          San Diego, CA 92130-2594                 San Diego, CA 92128-3427
San Diego
Wed Aug 10 11:35:01 PDT 2022

Meritage Homes of California             Peppertree Park Villages 9 and 10, LLC   Seltzer Caplan McMahon Vitek
550 West C Street, Suite 1500            5256 S. Mission Road, Suite 905          c/o Dennis J. Wickham, Esq.
San Diego, CA 92101-3570                 Bonsall, CA 92003-3623                   750 B Street
                                                                                  Suite 2100
                                                                                  San Diego, CA 92101-8177

Squar Milner LLP                         United States Trustee                    U.S. Bankruptcy Court
San Diego                                Office of the U.S. Trustee               Jacob Weinberger U.S. Courthouse
3655 Nobel Drive                         880 Front Street                         325 West F Street
Suite 300                                Suite 3230                               San Diego, CA 92101-6991
San Diego, CA 92122-1050                 San Diego, CA 92101-8897

Bossler Group, LLC                       Byron & Edwards, APC                     Chief, Spec. Proc., Section-Insolvency
3835 Wildwood Rd.                        530 B St., Ste. 610                      Internal Revenue Service
San Diego, CA 92107-3749                 San Diego, CA 92101-4406                 P.O.Box 7346
                                                                                  Philadelphia, PA 19101-7346

DAVID A. ORTIZ                           Dennis J. Wickham                        Dept. of Industrial Relations Labor Law
OFFICE OF THE UNITED STATES TRUSTEE      SELTZER CAPLAN MCMAHON VITEK             Enforcement State of CA
880 FRONT STREET, SUITE 3230             750 B Street, Suite 2100                 1550 W. Main Street
SAN DIEGO, CA 92101-8897                 San Diego, CA 92101-8177                 El Centro, CA 92243-2105

Div. of Labor Standards Enforcement      Dun & Bradstreet                         Employment Develop. Dept. State of CA
State of California                      P.O. Box 520                             Bankruptcy Unit-MIC 92E
7575 Metropolitan Drive, Suite 210       Center Valley, PA 18034-0520             P.O. Box 826880
San Diego, CA 92108-4424                                                          Sacramento, CA 94280-0001

Employment Development Dept.             Esquire Deposition Solutions             Farmers & Merchants Bank of Long Beach
P.O. Box 120831                          402 W. Broadway, Ste. 1550               Law Offices of Michael Leight
San Diego, CA 92112-0831                 San Diego, CA 92101-8522                 6700 E. Pacific Coast Hwy. Ste. 237
                                                                                  Long Beach, CA 90803-4214

Farmers and Merchants Bank               Franchise Tax Board, State of CA         Hecht Solberg Robinson Goldberg & Bagley
P.O. Box 21337                           Bankruptcy Section MS A340               600 W. Broadway, 8th Fl.
Long Beach, CA 90801-4337                P.O. Box 2952                            San Diego, CA 92101-3378
                                         Sacramento, CA 95812-2952

Internal Revenue Service                 JPMorgan Chase Bank, National Association   Justus Enterprises, LLC
PO Box 7346                              c/o ALDRIDGE PITE, LLP                      PO Box 60094
Philadelphia, PA  19101-7346             4375 Jutland Drive, Suite 200               San Diego, CA 92166-8094
                                         P.O. Box 17933
                                         San Diego, CA 92177-7921

Justus Wallace Peppertree Park Villages 7 &   LDN Consulting                      Lauer, Georgatos & Covel, APC
c/o Dean T. Kirby, Jr.\                       42428 Chisolm Trl., #T              525 B St., Ste. 1470
KIRBY & McGUINN, A P.C.                       Murrieta, CA 92562-5225             San Diego, CA 92101-4424
707 Broadway, Suite 1750
San Diego, CA 92101-5393
```

Lounsbery Ferguson Altona & Peak
960 Canterbury Pl., Ste. 300
Escondido, CA 92025-3870

Meritage Homes
c/o Ed Huguenin
3741 Douglas Blvd., #290
Roseville, CA 95661-4271

Meritage Homes of California, Inc.
c/o Jonathan S. Dabbieri, Esq.
Sullivan Hill Lewin Rez & Engel, APLC
550 West C Street, Suite 1500
San Diego, California 92101-3570

Mikle S. Jew
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130-2594

Pangaea Land Consultants, Inc.
2834 La Mirada Dr., Ste. H
Vista, CA 92081-8440

Paul Hastings LLP
C/O Todd M. Schwartz
Will Clark Farmer
1117 S. California Ave
Palo Alto, California 94304-1106

Penn Credit Corp/Water Res. Control Bd.
916 South 14th St.
Harrisburg, PA 17104-3425

Robert E. Richards, Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6404

Seltzer Caplan McMahon Vitek
750 B St., Ste. 2100
San Diego, CA 92101-8177

Shady Bird Lending LLC
Arent Fox LLP
c/o Christopher K.S. Wong
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065

Stacy Elledge Chiang CPA/CFF, CIRA
Squar Milnar LP
3655 Nobel Drive, Suite 300
San Diego CA 92122-1050

Stacy Elledge Chiang, CPA/CFF, CIRA
Squar Milner LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122-1050

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

U.S. Small Business Administration
Southern California Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2320

U.S. Trustee, Dept of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

White and Bright, LLP
970 Canterbury Pl.
Escondido, CA 92025-2655

Gerald H. Davis
Gerald H. Davis
PO Box 38
Aguanga, CA 92536-0038

Lisa Torres
Gates, O'Doherty, Gonter & Guy, LLP
15373 Innovation Drive, Suite 170
San Diego, CA 92128-3427

Marshall Hogan
Snell & Wilmer
600 Anton Boulevard
Suite 1400
Costa Mesa, CA 92626-7689

Paul J Leeds
Franklin Soto Leeds LLP
444 West C Street
Ste 300
San Diego, CA 92101-3597

Todd M. Schwartz
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106

Victor A. Vilaplana
P.O. Box 9058
La Jolla, CA 92038-9058

c/o Tania M. Moyron Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 92479

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, N.A.　　　(u)JPMorgan Chase Bank, National Association　　　(u)Justus Wallace Peppertree Park Villages 7

(u)Lounsberry Ferguson et al　　　(u)Peppertree Land Company　　　(u)Shady Bird Lending LLC

(u)Alan Vanderhoff

End of Label Matrix
Mailable recipients    52
Bypassed recipients     7
Total                  59