FRANKLIN SOTO LEEDS LLP
Paul J. Leeds (Bar No. 214309)
pleeds@fsl.law
444 West C Street, Suite 300
San Diego, California 92101
Tel:  619.872.2520
Fax: 619.566.0221

*Attorneys for* Debtor
PEPPERTREE PARK VILLAGES 9&10, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 17-05137-LT11 |
|---|---|
| PEPPERTREE PARK VILLAGES 9 & 10, LLC | Chapter 11 |
| Debtors. | **CONVERSION REPORT**<br><br>**[FRBP 1019]** |

On June 27, 2022, the Court entered an Order converting the above-reference case under Chapter 11 to a Case unde Chapter 7. [Doc 849]. On July 11, 2022, Northern Capital, Inc. ("NCI"), filed a Motion for entry of an order (I) Reconsidering the order converting case under chapter 11 to case under chapter 7, and (II) Granting related relief (the "Motion"). [Doc 856]. On August 3, 2022, the Court issued a Minute Order Denying the Motion, in accordance with its Tentative Ruling. [Doc No. 885 and 881]. Reorganized Debtor Peppertree Park Villages 9&10, LLC ("PPV 9&10) hereby submits the following Conversion Report pursuant to Federal Rules of Bankruptcy Procedure Rule 1019.

A. **Property acquired after the commencement of the chapter 11 case but before the entry of this conversion order.**

None.

B. **Executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before the entry of this conversion order.**

| 1. | Contracted Party: | Peppertree Land Company, LLC |
|---|---|---|
| | Address: | 5256 S. Mission Rd., Suite 900<br>Bonsall, CA 92026 |
| | Nature of Agreement: | Property Management Agreement |
| | Date Entered: | Renewed June 2022 |
| 2. | Contracted Party: | Franklin Soto Leeds LLP |
| | Address: | 444 West C Street, Ste 300<br>San Diego, CA 92101 |
| | Nature of Agreement: | Legal Services |
| | Date Entered: | April 14, 2022 |
| 3. | Contracted Party: | BD Acquisitions and/or Successor |
| | Address: | 613 Birchwood Court<br>Danville, CA 94506 |
| | Nature of Agreement: | Membership Purchase |
| | Date Entered: | June 12, 2022 |
| 4. | Contracted Party: | Justus Enterprises, LLC |
| | Address: | P.O. Box 60094<br>San Diego, CA 92166 |
| | Nature of Agreement: | Engagement as Manager/CRO |
| | Date Entered: | October 18, 2021 |
| 5. | Contracted Party: | Meritage Homes of California, Inc. |
| | Address: | c/o Sullivan Hill Rez & Engel<br>600 B Street, Ste 1700<br>San Diego, CA 92101 |
| | Nature of Agreement: | Settlement and Release |
| | Date Entered: | January 31, 2022 |

[Additional Contracted parties are listed in Section C, below.]

**C.   Unpaid debts incurred after the commencement of the case but before entry of the conversion order.**
*(Including the name and address of the creditor, the unpaid balance, the approximate date incurred, and a description of what the debt is for.)*

| 1. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Higgs Fletcher & Mack LLP<br>401 West A Street, Suite 2500<br>San Diego, CA 92101<br>$195,336.81<br>October 2021 to March 2021<br>Unpaid legal fees |
|---|---|---|
| 2. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Judkins, Glatt & Rich<br>600 B Street, Suite 2350<br>San Diego, CA 92101<br>$3,277.50<br>January 2022 to April 2022<br>Unpaid legal fees |
| 3. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Gatzke, Dillon & Ballance<br>2762 Gateway Road<br>Carlsbad, CA 92009<br>$4,503.00<br>January 2021 to February 2021<br>Unpaid legal fees |
| 4. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Northern Capital, Inc.<br>5256 S. Mission Road, Suite 905<br>Bonsall, CA 92003<br>$97,313.63<br>January 2020<br>G3PM legal fees reimbursement due per Section 11.3 of Peppertree Park Villages 9&10 LLC Operating Agreement |
| 5. | Name:<br>Address:<br>Amount Owed:<br>Date Incurred:<br>Consideration: | Duane Urquhart<br>5256 S. Mission Road, Suite 905<br>Bonsall, CA 92003<br>$165,380.00<br>January 2020<br>G3PM legal fees reimbursement due per Section 11.3 of Peppertree Park Villages 9&10 LLC Operating Agreement |

| 6. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | James Wohl<br>1925 Century Park East, Ste.2140<br>Los Angeles, CA 90067<br>$6,818.39<br>February 2021 to August 2022<br>Unpaid legal fees |
|---|---|---|
| 7. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | McKinley, LLP<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br>$ (955.88)<br>March 2022<br>Remaining left in McKinley trust account as of last invoice (legal fees) |
| 8. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Northern Capital, Inc.<br>5256 S. Mission Road, Suite 905<br>Bonsall, CA 92026<br>$233,000.00<br>January 2021 to December 2021<br>Unpaid project management fees |
| 9. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Justus Enterprises, LLC<br>P.O. Box 60094<br>San Diego, CA 92166<br>$ (13,695.76)<br>April 2022<br>Remaining left in Justus trust account as of last invoice (management fees) |
| 10. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Baker Tilly<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122<br>$6,685.00<br>October 2020 to June 2022<br>Unpaid accounting fees |
| 11. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Bossler Group LLC<br>3835 Wildwood Rd<br>San Diego, CA 92107<br>$7,696.00<br>April 2021 to August 2022<br>Unpaid consultant fees |

| 12. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Rich Brasher<br>P.O. Box 55187<br>Atlanta, CA 30308<br>$25,000.00<br>June 2021 to August 2022<br>Unpaid consultant fees |
|---|---|---|
| 13. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Dudek<br>605 3rd Street<br>Encinitas, CA 92024<br>$1,716.25<br>June 2021 to November 2021<br>Unpaid consultant fees |
| 14. | Name:<br>Address:<br><br>Amount Owed:<br>Date Incurred:<br>Consideration: | Helix Environmental Planning<br>7578 El Cajon Blvd, Suite 200<br>La Mesa, CA 91942<br>$15,256.25<br>July 2021 to October 2021<br>Unpaid consultant fees |

DATED: August 18, 2022        **FRANKLIN SOTO LEEDS LLP**

By: /s/ *Paul J. Leeds*
PAUL J. LEEDS
Attorneys for Reorganized Debtor
PEPPERTREE PARK VILLAGES 9&10, LLC