Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PEPPERTREE PARK VILLAGES 9 & 10, LLC,<br><br>Debtor. | Case No.: 17-05137-LT7<br><br>**SUPPLEMENTAL PROOF OF SERVICE** |

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **August 23, 2022,** I served a true and correct copy of the following document(s):

**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE – PEPPERTREE PARK VILLAGES 9 & 10, LLC ONLY**

on the interested parties in this action as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

BD Acquisitions and/or Successor
613 Birchwood Court
Danville, CA 94506

1  Judkins, Glatt & Rich
   600 B Street, Suite 2350
2  San Diego, CA 92101

3  Rich Brasher
   P.O. Box 55187
4  Atlanta, GA 30308

5
   Dudek
6  605 3rd Street
   Encinitas, CA 92024
7

8  Helix Environmental Planning
   7578 El Cajon Blvd., Suite 200
9  La Mesa, CA 91942

10    I declare under penalty of perjury under the laws of the United States that the foregoing is

11  true and correct.

12    Executed August 23, 2022, at La Jolla, California.

13                                    /s/ Sandra Young
                                      Sandra Young