TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number: 17-05137-LT7

Hearing: 10:00 AM  Wednesday, August 24, 2022

Motion: HEARING SET BY COURT RE: CASE STATUS CONFERENCE (fr 8/2/22)

Hear as to status.