TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number: 17-05137-LT7

Hearing: 10:00 AM Thursday, September 8, 2022

Motion: MOTION TO DISMISS (DKT. #810) FILED ON BEHALF OF NORTHERN CAPITAL, INC., PEPPERTREE LAND COMPANY, DUANE SCOTT URQUHART

The Court applies 11 U.S.C. § 1112(b)(1) to Northern Capital, Inc. and Peppertree Land Company in the respective tentatives on the Court's orders to show cause. The Court is not considering dismissing or converting Mr. Urquhart at this time.