Todd M. Schwartz (Cal. Bar No. 288895)
Will Clark Farmer (Cal. Bar No. 329170)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900
E-mail:  toddschwartz@paulhastings.com
          willfarmer@paulhastings.com

*On behalf of Northern Capital, Inc.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>PEPPERTREE PARK VILLAGES 9 AND 10, LLC,<br><br>Debtor. | Lead Case No. 17-05137-LT7<br><br>Chapter 7<br><br>(JOINTLY ADMINISTERED)<br><br>**NOTICE OF HEARING ON MOTION OF NORTHERN CAPITAL, INC. FOR ENTRY OF ORDER (I) RECONSIDERING JULY 8, 2020 ORDER [ECF NO. 718] PURSUANT TO RULES 3008 AND 9024 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 11 U.S.C. §§ 105 AND 502(j), (II) PARTIALLY DISALLOWING CLAIM NO. 4-3, AND (III) GRANTING RELATED RELIEF** |
| PEPPERTREE PARK VILLAGES 9 AND 10, LLC,<br>    Case No. 17-05137-LT7<br><br>PEPPERTREE LAND COMPANY,<br>    Case No. 17-05135-LT11<br><br>NORTHERN CAPITAL, INC.<br>    Case No. 17-04845-LT11<br><br>*(continued on following page)* | Date:  October 12, 2022<br>Time:  11:00 a.m.
Dept.:  Three – Room 129<br>Honorable Laura S. Taylor |

| | |
|---|---|
| 1 | |
| 2 | DUANE SCOTT URQUHART, |
|   | Case No. 17-04846-LT11 |
| 3 | |
| 4 | Debtors. |

**TO THE DEBTORS, ALL CREDITORS AND ALL PARTIES IN INTEREST:**

**YOU ARE HEREBY NOTIFIED** that on October 12, 2022, at 11:00 a.m., in Department 3, Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Northern Capital Inc., for:

> **Entry of Order (I) Reconsidering July 8, 2020 Order [ECF No. 718] Pursuant to Rules 3008 and 9024 of Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 105 and 502(j), (II) Partially Disallowing Claim No. 4-3, and (III) Granting Related Relief**

*See* **Exhibit A** attached hereto.

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

**PLEASE TAKE FURTHER NOTICE** that any opposition or other response to the Motion must be filed and served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **no later than September 22, 2022**.

Dated: September 8, 2022

                        PAUL HASTINGS LLP

               By   */s/ Todd M. Schwartz*
                         Todd M. Schwartz

               *On behalf of Northern Capital, Inc.*

# EXHIBIT A

By the Motion, Northern Capital Inc. ("NCI" or "Movant") requests an order (i) reconsidering the Court's *Order on Stipulation RE the Debtors' Objection to Meritage Homes of California, Inc.'s Proofs of Claim*, [ECF No. 718] (the "Allowed Claim Order") entered on July 8, 2022, (ii) partially disallowing claim number 4-3 (the "JW Claim"), held by Justus Wallace Peppertree Park Villages 9 & 10, LLC ("JW"), and (iii) granting related relief.

The bases for the relief requested herein are sections 105(a) and 502(j) of the Bankruptcy Code, Bankruptcy Rules 3008 and 9024, and Civil Rule 60.

The Motion is supported by this Notice of Hearing and Motion, the Motion and Memorandum of Points and Authorities attached thereto, together with all pleadings and court documents on file in the above-referenced cases. Any party wanting a copy of these documents may make a written request to the undersigned and a copy will be provided, or a copy can be obtained from the Clerk of the Bankruptcy Court, 325 West F St., San Diego, California 92101-6991during the Court's business hours.

NCI submits that reconsideration of the Allowed Claim Order and partial disallowance of the JW Claim, such that the claim is not allowed in an amount greater than $650,000—essentially the same amount that Howard Justus ("Justus") negotiated for himself while an insider, fiduciary, and potential creditor and acquirer of Peppertree Park Villages 9 & 10, LLC ("PPV")—is necessary and appropriate because cause exists for reconsideration and the equities of this case demand partial disallowance of the JW Claim.

Dated: September 8, 2022

PAUL HASTINGS LLP

By    /s/ Todd M. Schwartz
       TODD M. SCHWARTZ

*On behalf of Northern Capital, Inc.*