TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number: 17-05137-LT7

Hearing: 03:00 PM Thursday, November 3, 2022

Motion: HEARING SET BY COURT RE: CASE STATUS CONFERENCE (fr 10/5/22)

    Hear as to status. The Court previously continued the hearing to provide additional time for the parties to negotiate a cooperation agreement. Dkt. No. 965. The parties should be prepared to discuss the status of any agreement. The Trustee should provide an update on the sale and any issues existing in connection therewith.

    The Trustee should also advise as to whether it will oppose or otherwise suggest hearing on the recent *Notice of status of Administrative Claim* filed by Foley and Lardner.