# TENTATIVE RULING
## ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number: 17-05137-LT7

Hearing: 03:00 PM  Thursday, November 3, 2022

Motion: MOTION FOR RELIEF FROM STAY, RS # DTK-1 FILED ON BEHALF OF JUSTUS WALLACE PEPPERTREE PARK VILLAGES 7 & 8, LLC

This matter will be continued at the hearing to be heard after the sale of the property. Movant requested relief from stay to accomplish several acts in the state court proceeding. Dkt. No. 947. The Chapter 7 Trustee opposed due to concerns that the proposed acts will interfere with the upcoming sale of estate property. Dkt. No. 958. The Trustee requested that the hearing be continued until after the sale and requests more time after the sale to file a further opposition. Dkt. No. 958. Creditor Foley & Lardner joined in the Trustee's opposition. Dkt. No. 961. At the prior hearing, Movant expressed no objection to the continuance and waived automatic stay termination; Movant has made clear that it has no expectation for this motion to be heard until after the sale of the property has closed. Dkt. No. 968.

But having said the above, if it becomes clear that a sale will not occur, Movant may restore the matter to the Court's calendar.