Ok,CSD 3010 [07/01/18]

Name, Address, Telephone No. & I.D. No.

Stacy Elledge Chiang, CPA/CFF, CIRA
**Baker Tilly US, LLP f/k/a Squar Milner LLP**
3655 Nobel Drive, Suite 300
San Diego, CA 92122
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PEPPERTREE PARK VILLAGES 9&10, LLC

Debtor.

LEAD CASE NO. 17-05137-LT7
(JOINTLY ADMINISTERED)

PEPPERTREE PARK VILLAGES 9&10, LLC,
   Case No. 17-05137-LT7

PEPPERTREE LAND COMPANY,
   Case No. 17-05135-LT11

NORTHERN CAPITAL, INC.,
   Case No. 17-04845-LT11

DUANE SCOTT URQUHART,
   Case No. 17-04846-LT11

Debtors

# PROOF OF SERVICE

I, ___Marjaneh Hernandez___ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On ___11/3/2022___, I served the following documents:
**MOTION BY BAKER TILLY US, LLP F/K/A SQUAR MILNER LLP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE; DECLARATION OF STACY ELLEDGE CHIANG**

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___11/3/2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **ON BEHALF OF DEBTOR:** Marshall Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- **ON BEHALF OF DEBTOR:** Paul J Leeds    Pleeds@fsl.law, ssanchez@fsl.law
- **ON BEHALF OF DEBTOR:** Lisa Torres    ltorres@g3pmlaw.com, ltorreslegalconsulting@hush.com
- **ON BEHALF OF DEBTOR:** Victor A. Vilaplana    victor.vilaplana@practus.com, vavilaplana@gmail.com
- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;marcies@flgsd.com
- Richard W. Brunette    rbrunette@sheppardmullin.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
- Todd S. Garan    ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com

CSD 3010

- Leslie T. Gladstone     leslieg@flgsd.com,
  candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;marcies@flgsd.com
- Mikle Jew     mjew@foley.com, mikle-jew-2406@ecf.pacerpro.com;smoreno@foley.com
- Dean T. Kirby     dkirby@kirbymac.com,
  jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- J. Barrett Marum     bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Tania M. Moyron     tania.moyron@dentons.com,
  derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- David Ortiz     david.a.ortiz@usdoj.gov,
  USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- J. Alexandra Rhim     arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- Todd M. Schwartz     toddschwartz@paulhastings.com
- United States Trustee     ustp.region15@usdoj.gov
- Alan Vanderhoff     alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- Dennis J. Wickham     wickham@scmv.com, nazari@scmv.com
- Christopher K.S. Wong     christopher.wong@afslaw.com
- Robert Zahradka     rzahradka@nationalfunding.com

| For Chpt. 7, 11, & 12 cases: | For ODD numbered Chapter 13 cases: | For EVEN numbered Chapter 13 cases: |
|---|---|---|
| X   UNITED STATES TRUSTEE ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE admin@ch13.sdcoxmail.com dskelton13@ecf.epiqsystems.com |

2.     **Served by United States Mail**:

On  __11/3/2022__  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Lounsberry Ferguson et al.
960 Canterbury Pl, Suite 300
Escondido, CA 92025

3.     **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on     11/3/2022                         /s/ Marjaneh Hernandez
                        (Date)                                      (Typed Name and Signature)

                                                                    3655 Nobel Drive, Suite 300
                                                                    (Address)
                                                                    San Diego, CA 92122
                                                                    (City, State, ZIP Code)

CSD 3010