CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stacy Elledge Chiang, CPA/CFF, CIRA
Baker Tilly US, LLP f/k/a Squar Milner LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PEPPERTREE PARK VILLAGES 9&10, LLC

LEAD BANKRUPTCY NO. 17-05137-LT7

Tax I.D.(EIN)#: 26-3454001     /S.S.#:XXX-XX-_____     Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on December 8, 2022, at 2:00 p.m., in Department 3, Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Baker Tilly US, LLP f/k/a Squar Milner LLP, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of ☐ interim ☐ final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☑ Other [specify the nature of the matter]:

Baker Tilly's Motion for Allowance and Payment of Administrative Expense in the total amount of $16,855.26, comprised of $10,417.76 in previously court-approved fees and costs for the pre-confirmation period and $6,437.50 of post-confirmation fees and costs. See ECF # 987.

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: November 3, 2022            /s/ Stacy Elledge Chiang, CPA/CFF, CIRA
                                   [ ] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __3rd__ day of __November__, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __November 3, 2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☑ Attorney for Debtor (or Debtor), if required:

    See attached for parties served via NEF.

    ☑ Chapter 7 Trustee: Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net

    ☑ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE                THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov              Billingslea@thb.coxatwork.com              admin@ch13.sdcoxmail.com
                                                                                    dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

    On __November 3, 2022__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☐ Attorney for Debtor (or Debtor), if required:

    Creditors and Interested Parties: See attached (via First Class Mail).

CSD 1181

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  November 3, 2022  
 (Date)

/s/ Marjaneh Hernandez  
(Typed Name and Signature)

3655 Nobel Drive, Suite 300  
(Address)

San Diego, CA 92122  
(City, State, ZIP Code)

*ADDITIONAL SERVICE INFORMATION :*

*Electronic Filing Notice List (continued):*
- **ON BEHALF OF DEBTOR:** Marshall Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- **ON BEHALF OF DEBTOR:** Paul J Leeds    Pleeds@fsl.law, ssanchez@fsl.law
- **ON BEHALF OF DEBTOR:** Lisa Torres    ltorres@g3pmlaw.com, ltorreslegalconsulting@hush.com
- **ON BEHALF OF DEBTOR:** Victor A. Vilaplana    victor.vilaplana@practus.com, vavilaplana@gmail.com
- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; marcies@flgsd.com
- Richard W. Brunette    rbrunette@sheppardmullin.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
- Todd S. Garan    ch11ecf@aldridgepite.com, tgaran@aldridgepite.com; TSG@ecf.courtdrive.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; marcies@flgsd.com
- Mikle Jew    mjew@foley.com, mikle-jew-2406@ecf.pacerpro.com; smoreno@foley.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com; rrobinson@kirbymac.com; Jacquelyn@ecf.inforuptcy.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Tania M. Moyron    tania.moyron@dentons.com, derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov
- J. Alexandra Rhim    arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- Todd M. Schwartz    toddschwartz@paulhastings.com
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- Dennis J. Wickham    wickham@scmv.com, nazari@scmv.com
- Christopher K.S. Wong    christopher.wong@afslaw.com
- Robert Zahradka    rzahradka@nationalfunding.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 17-05137-LT7<br>Southern District of California<br>San Diego<br>Thu Nov  3 13:25:12 PDT 2022 | Christin A. Batt<br>Financial Law Group<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037-7523 | Bossler Group, LLC<br>3835 WILDWOOD ROAD<br>SAN DIEGO, CA 92107-3749 |
| Byron & Edwards, APC<br>530 B St., Ste. 610<br>San Diego, CA 92101-4406 | California Department of Tax and Fee Adminis<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Chief, Spec. Proc., Section-Insolvency<br>Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 |
| DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 | Jonathan S. Dabbieri<br>Sullivan Hill Rez & Engel<br>600 B Street<br>Ste 1700<br>San Diego, CA 92101-4507 | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 38<br>Aguanga, CA 92536-0038 |
| Dennis J. Wickham<br>SELTZER CAPLAN MCMAHON VITEK<br>750 B Street, Suite 2100<br>San Diego, CA 92101-8177 | c/o Tania M. Moyron Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017-5709 | Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 |
| Dept. of Industrial Relations Labor Law<br>Enforcement State of CA<br>1550 W. Main Street<br>El Centro, CA 92243-2105 | Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | Div. of Labor Standards Enforcement<br>State of California<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 |
| Dun & Bradstreet<br>P.O. Box 520<br>Center Valley, PA 18034-0520 | Employment Develop. Dept. State of CA<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Employment Development Dept.<br>P.O. Box 120831<br>San Diego, CA 92112-0831 |
| Esquire Deposition Solutions<br>402 W. Broadway, Ste. 1550<br>San Diego, CA 92101-8522 | Farmers & Merchants Bank of Long Beach<br>Law Offices of Michael Leight<br>6700 E. Pacific Coast Hwy. Ste. 237<br>Long Beach, CA 90803-4214 | Farmers and Merchants Bank<br>P.O. Box 21337<br>Long Beach, CA 90801-4337 |
| Foley & Lardner LLP<br>11988 El Camino Real<br>Suite 400<br>San Diego, CA 92130-2594 | Foley & Lardner LLP<br>100 North Tampa St., #2700<br>Tampa, FL 33602-5810 | Franchise Tax Board<br>Attn:  Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | Franchise Tax Board, State of CA<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GF Capital<br>Aaron J. Malo, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993 |
| Todd S. Garan<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Gates, Gonter, Guy, Proudfoot & Muench<br>Gates, Gonter, Guy, Proudfoot & Muench<br>15373 Innovation Drive, Suite 170<br>San Diego, CA 92128-3427 | (p)LESLIE T GLADSTONE TRUSTEE<br>5656 LA JOLLA BLVD<br>LA JOLLA CA 92037-7523 |

| | | |
|---|---|---|
| Hecht Solberg Robinson Goldberg & Bagley<br>600 W. Broadway, 8th Fl.<br>San Diego, CA 92101-3378 | Hecht Solberg Robinson Goldberg & Bagley LLP<br>600 West Broadway, Suite 800<br>San Diego, CA 92101-3378 | Marshall Hogan<br>Snell & Wilmer<br>600 Anton Boulevard<br>Suite 1400<br>Costa Mesa, CA 92626-7689 |
| IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JPMorgan Chase Bank, National Association<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Mikle Jew<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Justus Enterprises, LLC<br>PO Box 60094<br>San Diego, CA 92166-8094 | Justus Wallace Peppertree Park Villages 7 &<br>c/o Dean T. Kirby, Jr.\<br>KIRBY & McGUINN, A P.C.<br>707 Broadway, Suite 1750<br>San Diego, CA 92101-5393 |
| Dean T. Kirby Jr.<br>Kirby & McGuinn, A.P.C.<br>707 Broadway, Suite 1750<br>San Diego, CA 92101-5393 | LDN Consulting<br>42428 Chisolm Trl., #T<br>Murrieta, CA 92562-5225 | Lauer, Georgatos & Covel, APC<br>525 B St., Ste. 1470<br>San Diego, CA 92101-4424 |
| Paul J Leeds<br>Franklin Soto Leeds LLP<br>444 West C Street<br>Ste 300<br>San Diego, CA 92101-3597 | Lounsbery Ferguson Altona & Peak<br>960 Canterbury Pl., Ste. 300<br>Escondido, CA 92025-3870 | Lounsbery, Ferguson, Altona & Peak, LLP<br>960 Canterbury Place, Suite 300<br>Escondido, CA 92025-3870 |
| Meritage Homes<br>c/o Ed Huguenin<br>3741 Douglas Blvd., #290<br>Roseville, CA 95661-4271 | Meritage Homes of California<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | Meritage Homes of California, Inc.<br>c/o Jonathan S. Dabbieri, Esq.<br>Sullivan Hill Lewin Rez & Engel, APLC<br>550 West C Street, Suite 1500<br>San Diego, California 92101-3570 |
| Mikle S. Jew<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Tania M. Moyron<br>Dentons US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5709 | David Ortiz<br>DOJ-Ust<br>880 Front Street<br>David A. Ortiz<br>Suite 3230<br>San Diego, CA 92101-8897 |
| Pangaea Land Consultants, Inc.<br>2834 La Mirada Dr., Ste. H<br>Vista, CA 92081-8440 | Park Place Partners, Inc.<br>DBA Land Advisors Organization<br>Steve Nazaroff<br>100 Spectrum Ctr. Dr. Ste. 1400<br>Irvine, CA 92618-4982 | Paul Hastings LLP<br>C/O Todd M. Schwartz<br>Will Clark Farmer<br>1117 S. California Ave<br>Palo Alto, California 94304-1106 |
| Penn Credit Corp/Water Res. Control Bd.<br>916 South 14th St.<br>Harrisburg, PA 17104-3425 | Peppertree Park Villages 9 and 10, LLC<br>5256 S. Mission Road, Suite 905<br>Bonsall, CA 92003-3623 | Rich Brasher Urban Designer LLC<br>55187 PO BOX<br>Atlanta, GA 30308-5187 |
| Robert E. Richards, Dentons US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6404 | Todd M. Schwartz<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106 | Seltzer Caplan McMahon Vitek<br>c/o Dennis J. Wickham, Esq.<br>750 B Street<br>Suite 2100<br>San Diego, CA 92101-8177 |

| | | |
|---|---|---|
| Seltzer Caplan McMahon Vitek<br>750 B St., Ste. 2100<br>San Diego, CA 92101-8177 | Shady Bird Lending LLC<br>Arent Fox LLP<br>c/o Christopher K.S. Wong<br>555 West Fifth Street, 48th Fl.<br>Los Angeles, CA 90013-1065 | Squar Milner LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 |
| Stacy Elledge Chiang CPA/CFF, CIRA<br>Squar Milnar LP<br>3655 Nobel Drive, Suite 300<br>San Diego CA 92122-1050 | Stacy Elledge Chiang, CPA/CFF, CIRA<br>Squar Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122-1050 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Lisa Torres<br>Gates, O'Doherty, Gonter & Guy, LLP<br>15373 Innovation Drive, Suite 170<br>San Diego, CA 92128-3427 | U.S. Small Business Administration<br>Southern California Legal Unit<br>330 North Brand Blvd., Suite 1200<br>Glendale, CA 91203-2320 | U.S. Trustee, Dept of Justice<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 |
| United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Alan Vanderhoff<br>Vanderhoff Law Group<br>600 West Broadway<br>Suite 1550<br>San Diego, CA 92101-3376 | Victor A. Vilaplana<br>P.O. Box 9058<br>La Jolla, CA 92038-9058 |
| White and Bright, LLP<br>970 Canterbury Pl.<br>Escondido, CA 92025-2655 | Dennis J. Wickham<br>Seltzer Caplan McMahon Vitek<br>750 B St., 2100 Symphony Towers<br>Ste 2100<br>El Cajon<br>San Diego, CA 92101-8177 | Christopher K.S. Wong<br>ArentFox Schiff LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Leslie T. Gladstone<br>Financial Law Group<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037 | State Board of Equalization<br>State of California<br>P.O. Box 942879<br>Sacramento, CA 92479 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS West, Inc. | (d)Bossler Group, LLC<br>3835 Wildwood Rd.<br>San Diego, CA 92107-3749 | (u)Floorit Financial Inc |
| (u)JPMorgan Chase Bank, N.A. | (u)JPMorgan Chase Bank, National Association | (u)Justus Wallace Peppertree Park Villages 7 |

| | | |
|---|---|---|
| (u)Lounsberry Ferguson et al | (u)Peppertree Land Company | (u)Shady Bird Lending LLC |
| (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (u)Alan Vanderhoff |

```
End of Label Matrix
Mailable recipients    74
Bypassed recipients    12
Total                  86
```