Dean T. Kirby, Jr.    090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Justus Wallace
Peppertree Park Villages 7 & 8, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PEPPERTREE PARK VILLAGES 9 AND 10, LLC<br><br>Debtor. | Case No.    17-05137-LT17<br><br>Chapter 7<br><br>STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE RE MOTIONS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS<br><br>[Docket Nos. 982, 987, 991, 993]<br><br>DATE:    December 8, 2022<br><br>TIME:    2:00 p.m.<br><br>DEPT:    3  Room 129<br>             Hon. Laura S. Taylor |

This Stipulation is entered into by and between the parties identified in the Recitals below, through their undersigned counsel, with reference to the following facts:

/ / /

1

STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE RE ADMINISTRATIVE CLAIMS

| | |
|---|---|
| 1 | RECITALS |
| 2 | A.     On October 31, 2022, claimant Foley & Lardner, LLP filed a "Notice of |
| 3 | Status of Administrative Claim and Request for Allowance of Additional Claims" |
| 4 | (ECF No. 982). On November 10, 2022, Foley & Lardner filed a Notice of Hearing |
| 5 | and Motion, scheduling a hearing in relation to its Notice for December 8, 2022 at |
| 6 | 2:00 p.m. in Department 3 (the "12/8 Hearing Date"). |
| 7 | B.     On November 3, 2022, claimant Baker Tilly US, LLC (f/k/a Squar |
| 8 | Milner LLP) filed a Motion for Allowance and Payment of Administrative Expense |
| 9 | (ECF No. 987) which was scheduled to be heard on the 12/8 Hearing Date. |
| 10 | C.     On November 3, 2022, claimant Higgs Fletcher & Mack LLP filed a |
| 11 | Motion for Allowance and Payment of Administrative Claim (ECF No. 991) which |
| 12 | was scheduled to be heard on the 12/8 Hearing Date. |
| 13 | D.     On November 3, 2022, claimant Northern Capital, Inc., through its |
| 14 | attorney of record, filed a Motion for Allowance and Payment of Administrative |
| 15 | Claim (ECF No. 993) which was scheduled to be heard on the 12/8 Hearing Date. |
| 16 | E.     Creditor Justus Wallace Peppertree Park Villages 7 & 8, LLC has stated |
| 17 | its intention to oppose the motions. |
| 18 | F.     The Trustee has not yet taken a position on the motions but has requested |
| 19 | that any extension of the date to oppose them apply to the Trustee as well. |
| 20 | G.     The above-named parties jointly request that the 12/8 Hearing Date be |
| 21 | postponed, and the briefing schedule for the Motions be accordingly modified, so that |
| 22 | the hearing may take place at a date already set as a status conference in the chapter 7 |
| 23 | case. |
| 24 | |

## STIPULATION

The parties therefore stipulate to the entry of an order providing as follows:

1. The hearing on the following motions, presently scheduled for December 8, 2022 at 2:00 p.m. is continued to February 8, 2023 at 2:00 p.m. in Department 3:

    1.1 The "Notice of Status of Administrative Claim and Request for Allowance of Additional Claims" (ECF No. 982) filed by claimant Foley & Lardner, LLP.

    1.2 The Motion for Allowance and Payment of Administrative Expense (ECF No. 987) filed by claimant Baker Tilly US, LLP (f/k/a Squar Milner LLP).

    1.3 The Motion for Allowance and Payment of Administrative Claim (ECF No. 991) filed by claimant Higgs Fletcher & Mack LLP.

    1.4 The Motion for Allowance and Payment of Administrative Claim (ECF No. 993) filed on behalf of claimant Northern Capital, Inc.

2. Any opposition to the Motions shall be served and filed no later than January 18, 2023. This extension applies to any opposition that may be filed on behalf of the Trustee.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Any reply in support of the Motions shall be served and filed no later than January 31, 2023.

SO STIPULATED.

| KIRBY & McGUINN, A P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Dean T. Kirby, Jr.<br>Dean T. Kirby, Jr.<br>Attorneys for Justus Wallace<br>Peppertree Park Villages 7 & 8, LLC | By: /s/ Mikle Jew<br>Mikle Jew<br>On behalf of itself as claimant |
| HIGGS, FLETCHER & MACK, LLP | BAKER TILLY US, LLP<br>f/k/a Squar Milner LLP |
| By: /s/ Martin A. Eliopulos<br>Martin A. Eliopulos<br>On behalf of itself as claimant | By: /s/ Stacy Elledge Chiang<br>Stacy Elledge Chiang, CPA/CFF, CIRA<br>On behalf of itself as claimant |
| PAUL HASTING, LLP | FINANCIAL LAW GROUP |
| By: /s/ Will C. Farmer<br>Will C. Farmer<br>Attorneys for Northern Capital, Inc. | By: /s/ Christin A. Batt<br>Christin A. Batt<br>Attorneys for Gerald H. Davis, Trustee |