**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Dean T. Kirby, Jr. 090114
FRANKLIN SOTO LEEDS, LLP
San Diego, CA 92010-5393
Telephone: 619.525.1652

Specially Appearing for Justus Wallace
Peppertree Park Villages 7 & 8, LLC

Order Entered on January 12, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PEPPERTREE PARK VILLAGES 9 & 10, LLC

Debtor.

BANKRUPTCY NO. 17-05137-LT7

Date of Hearing: February 8, 2023
Time of Hearing: 2:00 p.m.
Name of Judge: Hon. Laura S. Taylor

# ORDER ON
## STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __1024__.

//
//
//
//
//
//
//

DATED: January 11, 2023

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)
ORDER ON STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE
DEBTOR: PEPPERTREE PARK VILLAGES 9 & 10, LLC                    CASE NO: 17-05137-LT7

Upon stipulation of the parties,

IT IS HEREBY ORDERED:

   1. The hearing on the following motions, presently scheduled for February 8, 2023 at 2:00 p.m. is continued to April 12, 2023 at 2:00 p.m. in Department 3:

      1.1 The "Notice of Status of Administrative Claim and Request for Allowance of Additional Claims" (ECF No. 982) filed by claimant Foley & Lardner, LLP.

      1.2 The Motion for Allowance and Payment of Administrative Expense (ECF No. 987) filed by claimant Baker Tilly US, LLC (f/k/a Squar Milner, LLP).

      1.3 The Motion for Allowance and Payment of Administrative Claim (ECF No. 991) filed by claimant Higgs Fletcher & Mack LLP.

      1.4 The Motion for Allowance and Payment of Administrative Claim (ECF No. 993) filed on behalf of claimant Northern Capital, Inc.

   2. Any opposition to the Motions shall be served and filed no later than March 15, 2023. This extension applies to any opposition that may be filed on behalf of the Trustee.

   3. Any reply in support of the Motions shall be served and filed no later than March 31, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CSD 1001A

Signed by Judge Laura Stuart Taylor January 11, 2023