CSD 3011 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Dean T. Kirby, Jr. (090114)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, CA 92101
Tel: 619-525-1652
Email: dkirby@kirbymac.com

Order Entered on
February 1, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Peppertree Park Villages 9 & 10, LLC

Debtor

BANKRUPTCY NO. 17-05137-LT7

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

## SUBSTITUTION OF ATTORNEY
## AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages.

//

//

//

//

DATED: January 31, 2023

_____
Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [07/01/18](Page 2)
ORDER ON SUBSTITUTION OF ATTORNEY AND ORDER THEREON
DEBTOR: Peppertree Park Villages 9 & 10, LLC                    CASE NO.: 17-05137-LT7
                                                                 ADV. NO.:

1. The name of the party making this Substitution of Attorney is: Justus Wallace Peppertree Park Villages 7 & 8, LLC

2. The Present Attorney is substituted out as attorney or record.

   Specify name of Present Attorney: Dean T. Kirby, Jr.

3. In place and stead of the Present Attorney, the Party's new legal representative will be:

   ☑ New Attorney       ☐ Party representing self.

4. The name, address and telephone number of the New Attorney are:

   Attorney Name: Jesse Finlayson                State Bar Number: 179443
   Address: Finlayson Toffer Roosevelt & Lilly LLP
            15615 Alton Pkwy, Ste 270, Irvine, CA 92618
   Telephone: 949-759-3810                       Facsimile: 949-759-3812
   E-Mail (Optional): jfinlayson@ftrlfirm.com

5. New Attorney hereby appears in the following matters:  ☑ Bankruptcy Case   ☐ The above Adversary Proceeding

I consent to this substitution.

Dated: 1/20/2023

Signature of Party, Howard Justus, President

Type Name of Party: Justus Wallace Peppertree Park Villages 7 & 8, LLC

I consent to this substitution.

Dated: 1/20/2023

Signature of Present Attorney

Type Name of Present Attorney: Dean T. Kirby, Jr.

I consent to this substitution. I am duly admitted to practice in this district.

Dated: 1/31/2023

Signature of New Attorney

Type Name of New Attorney: Jesse Finlayson

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011

# PROOF OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of Orange, State of California, at the law offices of Finlayson Toffer Roosevelt & Lilly LLP, members of the bar of this Court. My business address is 15615 Alton Parkway, Suite 270, Irvine, California 92618. On January 31, 2023, I served ☒ a true copy / ☐ the original of the foregoing document(s) described as:

**SUBSTITUTION OF ATTORNEY AND ORDER THEREON**

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

✓ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

__ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

__ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

__ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

__ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on January 31, 2023.

                                        */s/ Hind Abdulkader*
                                         Hind Abdulkader

1

*In re Peppertree Park Villages 9 & 10, LLC*
U.S.B.C. S.D. Cal. Case No. 17-05137-LT7

## SERVICE LIST

**VIA NEF**

- Christin A. Batt    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com
- Richard W. Brunette    rbrunette@sheppardmullin.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
- Todd S. Garan    ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com
- Marshall Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Mikle Jew    mjew@foley.com, mikle-jew-2406@ecf.pacerpro.com;smoreno@foley.com
- Dean T. Kirby    dkirby@fsl.law, jwilson@fsl.law
- Paul J Leeds    Pleeds@fsl.law, ssanchez@fsl.law
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Tania M. Moyron    tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- J. Alexandra Rhim    arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- Todd M. Schwartz    toddschwartz@paulhastings.com
- Lisa Torres    ltorres@g3pmlaw.com, ltorreslegalconsulting@hush.com
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- Victor A. Vilaplana    victor.vilaplana@practus.com, vavilaplana@gmail.com
- Dennis J. Wickham    wickham@scmv.com, nazari@scmv.com
- Christopher K.S. Wong    christopher.wong@afslaw.com
- Robert Zahradka    rzahradka@nationalfunding.com

2

**VIA U.S. MAIL**

Baker Tilly US, LLP
3655 Nobel Drive
Suite 300
San Diego, CA 92122

Squar Milner LLP
3655 Nobel Drive
Suite 300
San Diego, CA 92122

3