# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/1/2023 |
| Case: 17–05137–LT7 | Form ID: pdfO1 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
```
tr      Gerald H. Davis         ghd@trusteedavis.com
aty     Christin A. Batt        christinb@flgsd.com
aty     Leslie T. Gladstone     leslieg@flgsd.com
aty     Lisa Torres             ltorres@g3pmlaw.com
aty     Marshall Hogan          mhogan@swlaw.com
aty     Paul J Leeds            Pleeds@fsl.law
aty     Victor A. Vilaplana     victor.vilaplana@practus.com
```
                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Peppertree Park Villages 9 and 10, LLC    5256 S. Mission Road, Suite 905    Bonsall, CA 92003
aty     Lisa Torres     Gates, Gonter, Guy et al     15373 Innovation Drive, Suite 170     San Diego, CA 92128
```
                                                                                TOTAL: 2