TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Number: 17-05137-LT7

Hearing: 02:00 PM Wednesday, February 8, 2023

Motion: MOTION FOR RELIEF FROM STAY, RS # DTK-1 FILED ON BEHALF OF JUSTUS WALLACE PEPPERTREE PARK VILLAGES 7 & 8, LLC (fr 11/10/22)

Continued to April 12, 2023, at 2:00 p.m. for all Peppertree matters to be heard concurrently. Any party that requires an earlier hearing date may contact the Court.