1  Leslie T. Gladstone, Esq.  (SBN 144615)
   Christin A. Batt, Esq.  (SBN 222584)
2  FINANCIAL LAW GROUP
   5656 La Jolla Blvd.
3  La Jolla, CA 92037
   Telephone:  (858) 454-9887
4  Facsimile:  (858) 454-9596
5  E-mail:  ChristinB@flgsd.com

6  Attorneys for Gerald H. Davis, Chapter 7 Trustee

7                 UNITED STATES BANKRUPTCY COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9
   In re:                                    Lead Case No.:  17-05137-LT7
10                                            (Jointly Administered)
   PEPPERTREE PARK VILLAGES 9 & 10,
11 LLC,                                       **TRUSTEE'S STATUS REPORT**
              Debtor.
12                                            Date:        April 12, 2023
13                                            Time:        2:00 p.m.
   PEPPERTREE PARK VILLAGES 9 & 10,          Dept:        Three (3)
14 LLC,                                       Honorable Laura S. Taylor
              Case No. 17-05137-LT7
15
   PEPPERTREE LAND COMPANY,
16            Case No. 17-05135-LT11
17
   NORTHERN CAPITAL, INC.
18            Case No. 17-04845-LT11
19
   DUANE SCOTT URQUHART,
20            Case No. 17-04846-LT11
21            Debtors.
22

23       Gerald H. Davis, the chapter 7 trustee (the "**Trustee**"),[1] submits this Status Report

24 regarding the Status Conference in the case of Peppertree Park Villages 9 & 10, LLC

25 ("**Debtor**"), the four pending motions for approval of chapter 11 administrative claims, and

26

27 _____

28 [1] The Trustee was appointed in this case on June 27, 2022, when Debtor's case was converted
   from chapter 11 to chapter 7.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1   pending matters in the related cases of Peppertree Land Company ("**PLC**"), Northern Capital,

2   Inc. ("**NCI**"), and Duane Scott Urquhart ("**Urquhart**").

3                              **SALE OF REAL PROPERTY**

4        The Trustee continues his diligent efforts to sell Units 9 and 10 (the "**Property**").

5        As explained in previous Status Reports, the Trustee had to terminate the purchase

6   agreement with Onyx Construction Group, LLC due to buyer's failure to perform.  Since then,

7   the Trustee received a letter of intent from another proposed buyer, but the buyer backed out

8   before agreeing to a purchase agreement.

9        At present, the Trustee is evaluating a stalking horse bid, subject to overbid.  Assuming

10  a purchase and sale agreement is negotiated and executed, the Trustee will file a motion to

11  approve overbid auction procedures and other terms of the stalking horse bid.  While the bid is

12  confidential at this time, the Trustee can disclose that, without an overbid, the amount offered is

13  not likely to be sufficient to pay all chapter 11 administrative claims in full, in the amounts

14  claimed by the four chapter 11 administrative claimants.

15                              **MARKETING EFFORTS**

16       The Trustee engaged Land Advisors Organization ("**Broker**"), the broker that worked

17  with Debtor during the chapter 11 phase of the case, to continue marketing the Real Property for

18  sale. (ECF No. 1011).  Broker has been very cooperative with the Trustee and agreed to reduce

19  its previous commission of 2.25%[2] to 1.35% of the gross sale proceeds.

20       Broker recently advised the Trustee that it is in discussions with several interested

21  parties.  Broker is encouraging all interested buyers to complete due diligence and prepare for

22  an overbid auction.

23                      **ENTITLEMENT COOPERATION AGREEMENT**

24       Given the unexpected and unfortunate delay in selling the Property, the Trustee has

25  accepted the assistance of the bankruptcy and land use attorneys at Paul Hastings LLP

26  (bankruptcy counsel for affiliated debtor NCI) in seeking entitlements of the Property by

27

28  [2] Broker's commission under its now-expired listing agreement with Debtor was 2.25% of the
    first $5 million of gross proceeds and 2.00% of gross proceeds exceeding $5 million.

IN RE PEPPERTREE PARK VILLAGES 9&10, LLC        2              TRUSTEE'S STATUS REPORT
CASE NO. 17-05137-LT7

1    advancing the Application before the San Diego County Planning Commission and/or

2    San Diego County Board of Supervisors (together, "**SD County**").  This assistance is at *no cost*

3    *to the estate*, other than possible reimbursement of future SD County fees, if any, that are

4    advanced by another party, provided that all such fees are pre-approved in writing by the

5    Trustee.  Such reimbursement would be at a priority level with chapter 11 administrative

6    expense claims.  A copy of the Entitlement Cooperation Agreement is attached to the Trustee's

7    Status Report filed on January 20, 2023, at ECF No. 1029.

8        This Entitlement Cooperation Agreement allows the entitlement process to move

9    forward—under the Trustee's complete control—while the Trustee continues to market the

10    Property for sale.  ***The entitlement process will not delay the sale of the Property.***  This process

11    is meant to keep the development project alive and moving forward until a sale can be

12    consummated and also to potentially increase the value of the Property.

13        On February 28, 2023, the Trustee, his counsel, and the land use attorneys at Paul

14    Hastings LLP met via Zoom with several members of the Planning Commission staff to discuss

15    the Peppertree project and moving the development application forward.

16                              **<u>GF CAPITAL LOAN</u>**

17        According to documents provided by GF Capital, as of March 13, 2023, the outstanding

18    balance of the loan encumbering the Real Property is $3,740,057.35.  The monthly interest-only

19    payments continue to be unpaid as the estate has no assets, and the outstanding interest balance

20    is $369,507.47.  Moreover, the initial interest rate of 12.000% climbed to 14.50%; but now GF

21    Capital is charging interest at the default rate of 22.00%.  This loan matured on <u>January 27,</u>

22    <u>2023</u>.

23        The Trustee continues his discussions with GF Capital regarding extension of the

24    maturity date and/or possible amendment of the loan terms; none of which has been successful

25    as yet.  The Trustee has also attempted to obtain alternative financing on more favorable terms.

26        Given the rapidly increasing debt on the Property, the Trustee must sell the Property

27    soon.

28    / / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1

## ADMINISTRATIVE CLAIMS BAR DATE

2     November 3, 2022, marked the general claims bar date and the administrative claims bar

3  date.  Motions to approve administrative claims were filed by Baker Tilly US, LLC f/k/a/ Squar

4  Milner LLP (ECF No. 987), Higgs Fletcher & Mack LLP (ECF No. 991), and Northern Capital,

5  Inc. (ECF No. 993).  In addition, Foley & Lardner LLP filed a Notice regarding its claim (ECF

6  No. 982), which is being treated as a motion to approve administrative claim.

7     Justus Wallace Peppertree Park Villages 7 & 8, LLC filed an Opposition to the

8  administrative claims (ECF No. 1042), and each claimant filed its reply (ECF Nos. 1044, 1051,

9  1052, 1053).

10    Hearings on the motions are scheduled for April 12, 2023.

11                                        Respectfully submitted,

12  Dated:  April 5, 2023              FINANCIAL LAW GROUP

13

14                                     By:    /s/ Christin A. Batt
                                              Christin A. Batt, Esq.
15                                            Attorneys for Gerald H. Davis, Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

IN RE PEPPERTREE PARK VILLAGES 9&10, LLC          4          TRUSTEE'S STATUS REPORT
CASE NO. 17-05137-LT7