TENTATIVE RULING
ISSUED BY JUDGE LAURA S. TAYLOR

| | |
|---|---|
| Bankruptcy Case Name: | Peppertree Park Villages 9 and 10, LLC |
| Bankruptcy Number: | 17-05137-LT7 |
| Hearing: | 04/12/2023 2:00 PM |
| Motion: | MOTION FOR RELIEF FROM STAY, RS # DTK-1 FILED ON BEHALF OF JUSTUS WALLACE PEPPERTREE PARK VILLAGES 7 & 8, LLC (fr 11/10/22) |

Hear as to status. Movant agreed to have this motion heard following the sale of the Peppertree Park Villages 9 & 10 property. No sale has yet occurred. The Court will hear any updates.