# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Peppertree Park Villages 9&10, LLC |
| **Case Number:** | 17-05137-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | 04/12/2023 2:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | Laura S. Taylor |
| **Courtroom Clerk:** | Russ Paluso |
| **Reporter / ECR:** | Trish Callihan |

### Matters:

1) HEARING SET BY COURT RE: CASE STATUS CONFERENCE (fr 11/10/22)

2) MOTION FOR RELIEF FROM STAY, RS # DTK-1 FILED ON BEHALF OF JUSTUS WALLACE PEPPERTREE VILLAGES 7 & 8, LLC (fr 11/10/22)

3) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FILED BY: BAKER TILLY US, LLP F/K/A SQUAR MILNER LLP

4) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FILED BY: HIGGS, FLETCHER & MACK LLP

5) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FILED BY: NORTHERN CAPITAL, INC.

6) NOTICE OF STATUS OF ADMINISTRATIVE CLAIM AND REQUEST FOR ALLOWANCE OF ADDITIONAL CALIMS FILED BY: FOLEY & LARDNER LLP

### Appearances:

MARK WOLFSON, ATTORNEY FOR ADMINISTRATIVE CLAIMANT (video)
CHRISTIN BATT, ATTORNEY FOR GERALD H. DAVIS, CHAPTER 7 TRUSTEE
GERALD H. DAVIS, CHAPTER 7 TRUSTEE, PRESENT
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
WILL FARMER, ATTORNEY FOR NORTHERN CAPITAL, INC.
STACEY CHIANG, ATTORNEY FOR BAKER TILLY US, LLP
JESSE FINLAYSON, ATTORNEY FOR JUSTUS WALLACE PEPPERTREE 7 & 8, LLC
PAUL J. LEEDS, SPECIAL APPEARANCE FOR HIGGS, FLETCHER & MACK LLP
K. TODD CURRY, ATTORNEY FOR PEPPERTREE LAND COMPANY

### Disposition:

1-6) Continued to 6/14/23 at 2:00 p.m. as to status as set forth on the record.

Parties are to file a status report regarding the potential sale of the property by 6/6/23 as stated on the record.