# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

**Debtor:** Peppertree Park Villages 9&10, LLC
**Case Number:** 17-05137-LT7    **Chapter:** 7
**Date / Time / Room:** 06/14/2023 2:00 PM    DEPARTMENT 3
**Bankruptcy Judge:** Laura S. Taylor
**Courtroom Clerk:** Russ Paluso
**Reporter / ECR:** Lynette Alves

### Matters:

1) HEARING SET BY COURT RE: CASE STATUS CONFERENCE (fr 4/12/23)

2) MOTION FOR RELIEF FROM STAY, RS # DTK-1 FILED ON BEHALF OF JUSTUS WALLACE PEPPERTREE PARK VILLAGES 7 & 8, LLC (fr 4/12/23)

3) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FILED BY: BAKER TILLY US, LLP F/K/A SQUAR MILNER LLP (fr 4/12/23)

4) MOTION FOR APPROVAL AND PAYMENT OF ADMINISTRATIVE CLAIM FILED BY: HIGGS, FLETCHER & MACK LLP (fr 4/12/23)

5) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FILED BY: NORTHERN CAPITAL, INC. (fr 4/12/23)

6) NOTICE OF STATUS OF ADMINISTRATIVE CLAIM AND REQUEST FOR ALLOWANCE OF ADDITIONAL CLAIMS FILED BY: FOLEY & LARDNER LLP (fr 4/12/23)

7) MOTION FOR ORDER APPROVING FORBEARANCE AND CARVE OUT AGREEMENT WITH GF CAPITAL GROUP FILED ON BEHALF OF GERALD H. DAVIS

### Appearances:

MARK WOLFSON, ATTORNEY FOR ADMINISTRATIVE CLAIMANT (video)
K.TODD CURRY, ATTORNEY FOR PEPPERTREE LAND COMPANY (video)
MARTIN ELIOPULOS, ATTORNEY FOR HIGGS, FLETCHER & MACK (video)
LESLIE GLADSTONE, ATTORNEY FOR GERALD H. DAVIS, CHAPTER 7 TRUSTEE

WILL FARMER, ATTORNEY FOR NORTHERN CAPITAL, INC.
STACEY CHIANG, ATTORNEY FOR BAKER TILLY US
JESSE FINLAYSON, ATTORNEY FOR HOWARD JUSTUS, JUSTUS ENTERPRISES, JUSTUS WALLACE PEPPERTREE VILLAGES 7 & 8, LLC

## *Disposition:*

1) Off calendar; subject to restoration if the sale does not close as stated on the record.

The Court orally denied PLC's motion for reconsideration regarding the sale motion, under Rule 59, as unsupported by any evidence as stated on the record.

2) Continued to 9/20/23 at 2:00 p.m.

3-6) Continued to 9/20/23 at 2:00 p.m. pursuant to the Court's Tentative Ruling and as set forth on the record.

The Justus Entities may file a document regarding their position on the objections within a given period of time as ordered by the Court as set forth on the record.

The affected parties may file a document regarding their position on pursuit of the objections as set forth on the record.

Scheduling Order to come from the Court.

7) Granted pursuant to the Court's Tentative Ruling. Order to be submitted by Movant.