# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 6/21/2023 |
| Case: 17–05137–LT7 | Form ID: pdfO1 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Lounsberry Ferguson et al

                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          Gerald H. Davis          ghd@trusteedavis.com
aty         Alan Vanderhoff          alan.vanderhoff@vanderhofflaw.com
aty         Christin A. Batt         christinb@flgsd.com
aty         Christopher K.S. Wong    christopher.wong@afslaw.com
aty         Dennis J. Wickham        wickham@scmv.com
aty         Jesse S. Finlayson       jfinlayson@ftrlfirm.com
aty         Jonathan S. Dabbieri     dabbieri@sullivanhill.com
aty         Leslie T. Gladstone      leslieg@flgsd.com
aty         Lisa Torres
aty         Marshall Hogan           mhogan@swlaw.com
aty         Martin A. Eliopulos      elio@higgslaw.com
aty         Mikle Jew                mjew@foley.com
aty         Paul J Leeds             Pleeds@fsl.law
aty         Tania M. Moyron          tania.moyron@dentons.com
aty         Todd S. Garan            ch11ecf@aldridgepite.com
aty         Victor A. Vilaplana      victor.vilaplana@practus.com

                                                                                                TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Peppertree Park Villages 9 and 10, LLC         5256 S. Mission Road, Suite 905          Bonsall, CA 92003
cr          Meritage Homes of California         550 West C Street, Suite 1500         San Diego, CA 92101
cr          c/o Tania M. Moyron Dentons US LLP         601 S. Figueroa Street         Suite 2500         Los Angeles, CA 90017
cr          Seltzer Caplan McMahon Vitek         c/o Dennis J. Wickham, Esq.         750 B Street         Suite 2100         San Diego, CA 92101
acc         Squar Milner LLP         San Diego         3655 Nobel Drive         Suite 300         San Diego, CA 92122 UNITED STATES
cl          Foley & Lardner LLP         11988 El Camino Real         Suite 400         San Diego, CA 92130
cr          Gates, Gonter, Guy, Proudfoot & Muench         Gates, Gonter, Guy, Proudfoot & Muench         15373 Innovation Drive, Suite 170         San Diego, CA 92128
acc         Baker Tilly US, LLP         San Diego         3655 Nobel Drive         Suite 300         San Diego, CA 92122
cl          Higgs Fletcher & Mack LLP         c/o Martin A. Eliopulos         401 West A Street         Suite 2600         San Diego, CA 92101
aty         Dennis J. Wickham         Seltzer Caplan McMahon Vitek         750 B St., 2100 Symphony Towers         Ste 2100         San Diego, CA 92101

                                                                                                TOTAL: 10