# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 7/26/2023 |
|---|---|---|
| Case: 17–05137–LT7 | Form ID: pdfO1 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Lounsberry Ferguson et al

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Gerald H. Davis | ghd@trusteedavis.com |
| aty | Alan Vanderhoff | alan.vanderhoff@vanderhofflaw.com |
| aty | Christin A. Batt | christinb@flgsd.com |
| aty | Christopher K.S. Wong | christopher.wong@afslaw.com |
| aty | Dennis J. Wickham | wickham@scmv.com |
| aty | Jesse S. Finlayson | jfinlayson@ftrlfirm.com |
| aty | Jonathan S. Dabbieri | dabbieri@sullivanhill.com |
| aty | Leslie T. Gladstone | leslieg@flgsd.com |
| aty | Lisa Torres | |
| aty | Marshall Hogan | mhogan@swlaw.com |
| aty | Martin A. Eliopulos | elio@higgslaw.com |
| aty | Mikle Jew | mjew@foley.com |
| aty | Paul J Leeds | Pleeds@fsl.law |
| aty | Tania M. Moyron | tania.moyron@dentons.com |
| aty | Todd S. Garan | ch11ecf@aldridgepite.com |
| aty | Victor A. Vilaplana | victor.vilaplana@practus.com |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Peppertree Park Villages 9 and 10, LLC | 5256 S. Mission Road, Suite 905    Bonsall, CA 92003 |
| cr | Meritage Homes of California | 550 West C Street, Suite 1500    San Diego, CA 92101 |
| cr | c/o Tania M. Moyron Dentons US LLP | 601 S. Figueroa Street    Suite 2500    Los Angeles, CA 90017 |
| cr | Seltzer Caplan McMahon Vitek | c/o Dennis J. Wickham, Esq.    750 B Street    Suite 2100    San Diego, CA 92101 |
| acc | Squar Milner LLP    San Diego | 3655 Nobel Drive    Suite 300    San Diego, CA 92122 UNITED STATES |
| cl | Foley & Lardner LLP | 11988 El Camino Real    Suite 400    San Diego, CA 92130 |
| cr | Gates, Gonter, Guy, Proudfoot & Muench | Gates, Gonter, Guy, Proudfoot & Muench    15373 Innovation Drive, Suite 170    San Diego, CA 92128 |
| acc | Baker Tilly US, LLP    San Diego | 3655 Nobel Drive    Suite 300    San Diego, CA 92122 |
| cl | Higgs Fletcher & Mack LLP | c/o Martin A. Eliopulos    401 West A Street    Suite 2600    San Diego, CA 92101 |
| aty | Dennis J. Wickham    Seltzer Caplan McMahon Vitek | 750 B St., 2100 Symphony Towers    Ste 2100    San Diego, CA 92101 |

TOTAL: 10