1  Leslie T. Gladstone, Esq.  (SBN 144615)
2  Christin A. Batt, Esq.  (SBN 222584)
   FINANCIAL LAW GROUP
3  5656 La Jolla Blvd.
   La Jolla, CA 92037
4  Telephone:  (858) 454-9887
   Facsimile:  (858) 454-9596
5  E-mail:  ChristinB@flgsd.com

6  Attorneys for Gerald H. Davis, Chapter 7 Trustee

7                    UNITED STATES BANKRUPTCY COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| In re: | Lead Case No.:  17-05137-LT7 (Jointly Administered) |
| PEPPERTREE PARK VILLAGES 9&10, LLC, | **TRUSTEE'S STATUS REPORT AND STATEMENT OF POSITION REGARDING OBJECTION TO PURPORTED POST-CONFIRMATION ADMINISTRATIVE EXPENSE CLAIMS** |
| Debtor. | |
| PEPPERTREE PARK VILLAGES 9&10, LLC, Case No. 17-05137-LT7 | Date:        September 20, 2023 Time:        2:00 p.m. Dept:        Three (3) Honorable Laura S. Taylor |
| PEPPERTREE LAND COMPANY, Case No. 17-05135-LT11 | |
| NORTHERN CAPITAL, INC. Case No. 17-04845-LT11 | |
| DUANE SCOTT URQUHART, Case No. 17-04846-LT11 | |
| Debtors. | |

24        Gerald H. Davis, chapter 7 trustee (the "**Trustee**"), submits this Status Report and

25  Statement of Position Regarding the Objection to Purported Post-Confirmation Administrative

26  Expense Claims ("**Claims Objection**").   (ECF No. 1042)

27        The Trustee's sale of the Property and related Applications was completed on

28  August 15, 2023.  (Report of Sale, ECF No. 1168)  NCI's appeal of the Settlement Order has

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California  92037

1  been dismissed, and PLC's appeal of the Sale Order will soon be dismissed.  The Trustee

2  believes that the main outstanding issue is allowance of administrative claims before this case

3  may proceed to closing and payment to creditors.

4       It appears at this time that there will be sufficient funds to pay allowed chapter 7

5  administrative claims and make a substantial distribution to creditors holding allowed

6  chapter 11 administrative claims.  Resolution of the Claims Objections is therefore necessary.

7       The Court entered two Tentative Rulings regarding the respective motions/notice for

8  allowance and payment of administrative expense claims filed by Baker Tilley US, LLP f/k/a

9  Squar Milner LLP; Higgs Fletcher & Mack LLP; Northern Capital, Inc.; and Foley & Lardner

10  LLP.  (Tentative Rulings, ECF Nos. 1060 & 1123)  The Trustee supports the Court's analysis

11  in the Tentative Rulings and, accordingly, joins in the Claim Objections to the extent it may be

12  necessary.

13                                  Respectfully submitted,

14  Dated:  August 30, 2023          FINANCIAL LAW GROUP

15

16                                  By:   /s/ Christin A. Batt
                                          Christin A. Batt, Esq.
17                                        Attorneys for Gerald H. Davis, Trustee

18

19

20

21

22

23

24

25

26

27

28