# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **August 30, 2023,** I served a true and correct copy of the following document(s):

**TRUSTEE'S STATUS REPORT AND STATEMENT OF POSITION REGARDING OBJECTION TO PURPORTED POST-CONFIRMATION ADMINISTRATIVE EXPENSE CLAIMS**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, August 30, 2023, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Richard W. Brunette**   rbrunette@sheppardmullin.com
- **K. Todd Curry, Attorney for Peppertree Land Company**   tcurry@currylegal.com
- **Jonathan S. Dabbieri, Special Notice Attorney for Creditor Meritage Homes of California**   dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- **Gerald H. Davis, Chapter 7 Trustee**   ghd@trusteedavis.com, ghd@trustesolutions.net
- **Martin A. Eliopulos, Attorney for Claimant Higgs Fletcher & Mack LLP**   elio@higgslaw.com, begaym@higgslaw.com
- **Jesse S. Finlayson**   Attorney for Creditor Justus Wallace Peppertree Park Villages 7 & 8 LLC   jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **Todd S. Garan**   Special Notice for Creditor JP Morgan Chase Bank   ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Leslie T. Gladstone**   leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Marshall Hogan**   Attorney for Peppertree Park Villages 9 and 10 LLC   mhogan@swlaw.com, knestuk@swlaw.com
- **Haeji Hong, Special Notice Attorney for US Trustee**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Mikle Jew**   Special Notice Attorney for Claimant Foley & Lardner   mjew@foley.com, mikle-jew-2406@ecf.pacerpro.com;smoreno@foley.com
- **Dean T. Kirby**   dkirby@fsl.law, jwilson@fsl.law
- **Paul J Leeds**   Peppertree Park Villages 9 and 10 LLC   Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **J. Barrett Marum**   bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Tania M. Moyron**   Attorney for Creditor Tania M. Moyron Dentons US LLP   tania.moyron@dentons.com, derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com
- **J. Alexandra Rhim**   arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- **Todd M. Schwartz**   Attorney for Northern Capital, Inc.   toddschwartz@paulhastings.com
- **Lisa Torres**   Attorney for Creditor Gates, Gonter, Guy, Proudfoot & Muench   ltorreslegalconsulting@hush.com

- **United States Trustee**   ustp.region15@usdoj.gov
- **Alan Vanderhoff   Attorney for Creditor Alan Vanderhoff**   alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Victor A. Vilaplana   Attorney for Peppertree Park Villages 9 and 10, LLC**
  victor.vilaplana@practus.com, vavilaplana@gmail.com
- **Dennis J. Wickham   Special Notice Attorney for Creditor Seltzer Caplan McMahon Vitek**
  wickham@scmv.com, nazari@scmv.com
- **Christopher K.S. Wong   Attorney for Shady Bird Lending LLC**   christopher.wong@afslaw.com
- **Robert Zahradka**   rzahradka@nationalfunding.com

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**   **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Stacy Elledge Chiang, CPA/CFF, CIRA
Baker Tilly US LLP
(formerly Squar Milner)
3655 Nobel Drive, Suite 300
San Diego, CA 92122
*Special Notice*

Duane Scott Urquhart
5256 S. Mission #905
Bonsall, CA 92003

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 30, 2023, at La Jolla, California.

/s/ Sandra Young
Sandra Young