# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **September 13, 2023,** I served a true and correct copy of the following document(s):

**TRUSTEE'S STATUS REPORT**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, September 13, 2023, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Richard W. Brunette**   rbrunette@sheppardmullin.com
- **K. Todd Curry**   tcurry@currylegal.com
- **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- **Gerald H. Davis**   ghd@trusteedavis.com, ghd@trustesolutions.net
- **Martin A. Eliopulos**   elio@higgslaw.com, begaym@higgslaw.com
- **Jesse S. Finlayson**   jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Leslie T. Gladstone**   leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;janetg@flgsd.com
- **Marshall Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Mikle Jew**   mjew@foley.com, mikle-jew-2406@ecf.pacerpro.com;smoreno@foley.com
- **Dean T. Kirby**   dkirby@fsl.law, jwilson@fsl.law
- **Paul J Leeds**   Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **J. Barrett Marum**   bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Tania M. Moyron**   tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **J. Alexandra Rhim**   arhim@hemar-rousso.com, tdunn@hemar-rousso.com
- **Todd M. Schwartz**   toddschwartz@paulhastings.com
- **Lisa Torres**   ltorreslegalconsulting@hush.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Alan Vanderhoff**   alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Victor A. Vilaplana**   victor.vilaplana@practus.com, vavilaplana@gmail.com
- **Dennis J. Wickham**   wickham@scmv.com, nazari@scmv.com
- **Christopher K.S. Wong**   christopher.wong@afslaw.com
- **Robert Zahradka**   rzahradka@nationalfunding.com

All other interested parties in this action that are not a registered ECF User are served as follows:

1 | **X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Duane Scott Urquhart
5256 S. Mission #905
Bonsall, CA 92003

Stacy Elledge Chiang, CPA/CFF, CIRA
Baker Tilly US, LLP
Squar Milner LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122
**Special Notice**

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed September 13, 2023, at La Jolla, California.

/s/ Sandra Young
Sandra Young