# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Peppertree Park Villages 9&10, LLC |
| **Case Number:** | 17-05137-LT7  **Chapter:** 7 |
| **Date / Time / Room:** | 12/06/2023 9:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | Laura S. Taylor |
| **Courtroom Clerk:** | Russ Paluso |
| **FTR/ ECRO:** | None |

### Matters:

FIRST AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: FINANCIAL LAW GROUP, INC.

### Appearances:

NO APPEARANCES

### Disposition:

Granted pursuant to the Court's Tentaive Ruling. Order to be submitted by Movant.