CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Mikle S. Jew (CA Bar No. 316372), mjew@foley.com
Foley & Lardner LLP, 11988 El Camino Real, Ste 400, SD, CA 92130
Phone: 858-847-6700 / Fax: 858-792-6773
Mark J. Wolfson (Pro Hac Vice), mwolfson@foley.com
Foley & Lardner LLP, 100 N. Tampa St, Ste 2700, Tampa, FL 33602
Attorneys for Administrative Claimant Foley & Lardner LLP

Order Entered on
December 18, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PEPPERTREE PARK VILLAGES 9 & 10, LLC

Debtor.

BANKRUPTCY NO. 17-05137-LT7

Date of Hearing: September 20, 2023
Time of Hearing: 2:00 p.m.
Name of Judge: Hon. Laura S. Taylor

# ORDER ON

### FOLEY & LARDNER LLP'S NOTICE OF STATUS OF ADMINISTRATIVE CLAIM AND REQUEST FOR ALLOWANCE OF ADDITIONAL CLAIMS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __982__.

//
//
//
//
//
//
//

DATED: December 18, 2023

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON FOLEY & LARDNER LLP'S NOTICE OF STATUS OF ADMINISTRATIVE CLAIM AND REQUEST FOR ALLOWANCE OF ADDITIONAL CLAIMS
DEBTOR: PEPPERTREE PARK VILLAGES 9 & 10, LLC                                                                  CASE NO: 17-05137-LT7

---

On September 20, 2023, the continued hearing on Foley & Lardner LLP'S ("Foley") Notice of Status of Administrative Claim and Request for Allowance of Additional Claims filed on October 27, 2022, (Doc. 982), which this Court treated as a supplemental application for allowance and payment of an additional Chapter 11 administrative expense claim (the "Supplement Foley Application") in the now converted Chapter 11 Case of PEPPERTREE PARK VILLAGES 9 & 10, LLC, Case No. 17-05137-LT7 filed by Administrative Claimant, Foley, came on regularly for hearing at 2:00 p.m. in Department 3 of the above-referenced Bankruptcy Court before the Honorable Laura S. Taylor, United States Bankruptcy Judge. After credit for payments made, the remaining amount due to Foley is $448,410.53, as noted in the Foley Supplement Application. The Court, having been advised that Foley withdrew in open court the Supplemental Foley Application in view of the Court's rulings on other pending requests for the allowance of administrative claims by other professionals and third parties, therefore, hereby ORDERS as follow:

1. The Supplemental Foley Application is DENIED as Moot.

2. This Order does not affect the Order Approving Final Application of Peppertree Park Villages 9&10, LLC for Compensation and Reimbursement of Expenses (the "Fee Order") (Doc. 678).

IT IS SO ORDERED.

CSD 1001A

Signed by Judge Laura Stuart Taylor December 18, 2023