**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stacy Elledge Chiang, CPA/CFF, CIRA
Baker Tilly US, LLP
3655 Nobel Drive, Suite 300
San Diego, California 92122
(858) 597-4100  telephone
(858) 597-4111  facsimile

Order Entered on
December 20, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PEPPERTREE PARK VILLAGES 9 AND 10, LLC

Debtor.

**BANKRUPTCY NO.** 17-05137-LT7

**Date of Hearing:** September 20, 2023
**Time of Hearing:** 2:00 p.m.
**Name of Judge:** Honorable Laura S. Taylor

## ORDER APPROVING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE OF BAKER TILLY US, LLP

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __987__

//
//
//
//
//
//

DATED: December 20, 2023

Judge, United States Bankruptcy Court

Case 17-05137-LT7   Filed 12/20/23   Entered 12/20/23 11:35:45   Doc 1225   Pg. 2 of 2

Order on Motion of Baker Tilly US, LLP                                page 2 of 2
for Allowance and Payment of Administrative Expense
Debtor: In re Peppertree Park Villages 9 and 10, LLC                  Case No. 17-05137-LT7

The motion of Baker Tilly US, LLP ("BT") for allowance and payment of administrative expense, D.I. 987, was filed November 3, 2022, was originally scheduled for hearing before this Court on December 8, 2022, at 2:00 P.M., and was then continued from time to time. On March 15, 2023, Creditor Justus Wallace Peppertree Park Villages 7 & 8, LLC[1] ("Justus Wallace") filed an objection to the motion, D.I. 1042, and BT filed a reply, D.I. 1051, on March 31, 2023.

After the closing of the sale of substantially all the remaining assets of the debtor and the resolution of related appeals, and after the Court expressed a preliminary indication to allow some or all of BT's requested expense (D.I. 1123, filed June 13, 2023), neither Justus Wallace nor any other party pursued an objection to the BT motion. At a continued hearing on the motion on September 20, 2023, the Court allowed in full the amounts requested, D.I. 1200, entered September 25, 2023.

In light of the foregoing, **IT IS HEREBY ORDERED** that Baker Tilly US, LLP's motion for allowance and payment of administrative expense is granted as follows:

| | |
|---|---|
| Chapter 11 pre-confirmation fees and costs outstanding balance[2] | $10,417.76 |
| Post-confirmation fees and costs | 6,437.50 |
| **Total** allowed administrative expense | $16,855.26 |

Approved as to form:

/s/  Jesse S. Finlayson

Attorneys for Justus Wallace Peppertree Park
Villages 7&8, LLC

---

[1] This objector is sometimes mistakenly referred to as Justus Wallace *and* Peppertree Park Villages 7 & 8, LLC, and is sometimes defined as the "Justus Entities." It is only one party.

[2] This amount was allowed and approved for payment by previous court order and is included herein only to express the cumulative sum.