CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____   Debtor.

**NOTICE OF HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on _____, at _____.m., in Department ____, Room _____, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of _____, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of ☐ interim ☐ final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: _____

[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the _____ day of _____, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐ Attorney for Debtor (or Debtor), if required:

    ☐ Chapter 7 Trustee:

    ☐ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE           THOMAS H. BILLINGSLEA, JR., TRUSTEE   DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov         Billingslea@thb.coxatwork.com         admin@ch13.sdcoxmail.com
                                                                          dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

    On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☐ Attorney for Debtor (or Debtor), if required:

CSD 1181

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐  Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____
                  (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

CSD 1181A (Page 3) [08/01/11]         **[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]**

APPLICANT _____, REPRESENTING [Name & Title] _____

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| FINAL 7/8/23 to 1/12/24 |  |  |  |  |  |  |  |
| 2ND INTERIM ____to____ |  |  |  |  |  |  |  |
| 3RD INTERIM ____to____ |  |  |  |  |  |  |  |
| 4TH INTERIM ____to____ |  |  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |  |  |

APPLICANT _____, REPRESENTING [Name & Title] _____

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM ____to____ |  |  |  |  |  |  |  |
| 2ND INTERIM ____to____ |  |  |  |  |  |  |  |
| 3RD INTERIM ____to____ |  |  |  |  |  |  |  |
| 4TH INTERIM ____to____ |  |  |  |  |  |  |  |
| TOTALS: |  |  |  |  |  |  |  |

_____

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

CSD 1181A                                          EXHIBIT "A"                                          Page _____ of _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 17-05137-LT7<br>Southern District of California<br>San Diego<br>Fri Jul  8 12:00:27 PDT 2022 | Foley & Lardner LLP<br>11988 El Camino Real<br>Suite 400<br>San Diego, CA 92130-2594 | Gates, Gonter, Guy, Proudfoot & Muench<br>Gates, Gonter, Guy, Proudfoot & Muench<br>15373 Innovation Drive, Suite 170<br>San Diego, CA 92128-3427 |
| Meritage Homes of California<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | Peppertree Park Villages 9 and 10, LLC<br>5256 S. Mission Road, Suite 905<br>Bonsall, CA 92003-3623 | Seltzer Caplan McMahon Vitek<br>c/o Dennis J. Wickham, Esq.<br>750 B Street<br>Suite 2100<br>San Diego, CA 92101-8177 |
| Squar Milner LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 |
| Bossler Group, LLC<br>3835 Wildwood Rd.<br>San Diego, CA 92107-3749 | Byron & Edwards, APC<br>530 B St., Ste. 610<br>San Diego, CA 92101-4406 | Chief, Spec. Proc., Section-Insolvency<br>Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 |
| DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 | Dennis J. Wickham<br>SELTZER CAPLAN MCMAHON VITEK<br>750 B Street, Suite 2100<br>San Diego, CA 92101-8177 | Dept. of Industrial Relations Labor Law<br>Enforcement State of CA<br>1550 W. Main Street<br>El Centro, CA 92243-2105 |
| Div. of Labor Standards Enforcement<br>State of California<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | Dun & Bradstreet<br>P.O. Box 520<br>Center Valley, PA 18034-0520 | Employment Develop. Dept. State of CA<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Dept.<br>P.O. Box 120831<br>San Diego, CA 92112-0831 | Esquire Deposition Solutions<br>402 W. Broadway, Ste. 1550<br>San Diego, CA 92101-8522 | Farmers & Merchants Bank of Long Beach<br>Law Offices of Michael Leight<br>6700 E. Pacific Coast Hwy. Ste. 237<br>Long Beach, CA 90803-4214 |
| Farmers and Merchants Bank<br>P.O. Box 21337<br>Long Beach, CA 90801-4337 | Franchise Tax Board, State of CA<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Hecht Solberg Robinson Goldberg & Bagley<br>600 W. Broadway, 8th Fl.<br>San Diego, CA 92101-3378 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JPMorgan Chase Bank, National Association<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | LDN Consulting<br>42428 Chisolm Trl., #T<br>Murrieta, CA 92562-5225 |
| Lauer, Georgatos & Covel, APC<br>525 B St., Ste. 1470<br>San Diego, CA 92101-4424 | Lounsbery Ferguson Altona & Peak<br>960 Canterbury Pl., Ste. 300<br>Escondido, CA 92025-3870 | Meritage Homes<br>c/o Ed Huguenin<br>3741 Douglas Blvd., #290<br>Roseville, CA 95661-4271 |

| | | |
|---|---|---|
| Meritage Homes of California, Inc.<br>c/o Jonathan S. Dabbieri, Esq.<br>Sullivan Hill Lewin Rez & Engel, APLC<br>550 West C Street, Suite 1500<br>San Diego, California 92101-3570 | Mikle S. Jew<br>Foley & Lardner LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130-2594 | Pangaea Land Consultants, Inc.<br>2834 La Mirada Dr., Ste. H<br>Vista, CA 92081-8440 |
| Penn Credit Corp/Water Res. Control Bd.<br>916 South 14th St.<br>Harrisburg, PA 17104-3425 | Robert E. Richards, Dentons US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6404 | Seltzer Caplan McMahon Vitek<br>750 B St., Ste. 2100<br>San Diego, CA 92101-8177 |
| Shady Bird Lending LLC<br>Arent Fox LLP<br>c/o Christopher K.S. Wong<br>555 West Fifth Street, 48th Fl.<br>Los Angeles, CA 90013-1065 | Stacy Elledge Chiang CPA/CFF, CIRA<br>Squar Milnar LP<br>3655 Nobel Drive, Suite 300<br>San Diego CA 92122-1050 | Stacy Elledge Chiang, CPA/CFF, CIRA<br>Squar Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122-1050 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | U.S. Small Business Administration<br>Southern California Legal Unit<br>330 North Brand Blvd., Suite 1200<br>Glendale, CA 91203-2320 | U.S. Trustee, Dept of Justice<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 |
| White and Bright, LLP<br>970 Canterbury Pl.<br>Escondido, CA 92025-2655 | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 38<br>Aguanga, CA 92536-0038 | Lisa Torres<br>Gates, O'Doherty, Gonter & Guy, LLP<br>15373 Innovation Drive, Suite 170<br>San Diego, CA 92128-3427 |
| Marshall Hogan<br>Snell & Wilmer<br>600 Anton Boulevard<br>Suite 1400<br>Costa Mesa, CA 92626-7689 | Martin A. Eliopulos<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | Paul J Leeds<br>Franklin Soto Leeds LLP<br>444 West C Street<br>Ste 300<br>San Diego, CA 92101-3597 |
| Victor A. Vilaplana<br>P.O. Box 9058<br>La Jolla, CA 92038-9058 | c/o Tania M. Moyron Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017-5709 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 92479

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, N.A. | (u)JPMorgan Chase Bank, National Association | (u)Lounsberry Ferguson et al |
| (u)Peppertree Land Company | (u)Shady Bird Lending LLC | (u)Alan Vanderhoff |

End of Label Matrix
Mailable recipients    49
Bypassed recipients     6
Total                  55